# WELSH & KATZ, LTD.

*Attorneys at Law*

120 SOUTH RIVERSIDE PLAZA · 22ND FLOOR
CHICAGO, ILLINOIS 60606-3912

TELEPHONE (312) 655-1500
FACSIMILE (312) 655-1501

www.welshkatz.com

A. SIDNEY KATZ*
RICHARD L. WOOD*
JEROLD B. SCHNAYER
JOSEPH R. MARCUS
GERALD S. SCHUR
GERALD T. SHEKLETON
JAMES A. SCHEER
DANIEL R. CHERRY
ROBERT B. BREISBLATT
JAMES P. WHITE
HARTWELL P. MORSE, III
EDWARD P. GAMSON, PH.D.
KATHLEEN A. RHEINTGEN
THOMAS W. TOLPIN*
RICHARD W. McLAREN, JR.
ELLIOTT C. BANKENDORF
JOHN L. AMBROGI
JULIE A. KATZ
WALTER J. KAWULA, JR.
STEVEN E. FELDMAN
JON P. CHRISTENSEN
LEONARD FRIEDMAN
JEFFREY W. SALMON
LOUISE T. WALSH
PAUL M. VARGO, PH.D.
JOSEPH E. CWIK
J. ARON CARNAHAN
ERIK B. FLOM, PH.D.

JAMES B. RADEN
RICHARD J. GURAK
DANIEL M. GURFINKEL
MICHELE S. KATZ*
JOSEPH F. SCHMIDT

BRIAN J. SODIKOFF
BRETT M. TOLPIN
GEORGE S. PAVLIK
MICHAEL A. KROL, PH.D.
CRAIG M. KUCHII
STEPHEN P. BENSON
GREGORY J. SKONY
MYLYNDA J. MOORE
AMY L. HAMMER
GREGORY J. LEIGHTON
DENNIS C. LEE

OF COUNSEL
LAURIE A. HAYNIE
PHILIP O. SEGREST, JR.**
WALLACE L. OLIVER, PH.D.
LAURA A. LABEOTS, PH.D.

DONALD L. WELSH (1925-1998)

* ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN ALABAMA

July 11, 2007

**Via Overnight Courier**
(See enclosed Service List)

Re:  In re Papst Digital Camera Patent Litigation   CA 07-415 ★★★

Dear Clerks and Counsels:

Enclosed is a Schedule of Actions and a Revised Proof of Service certificate that was submitted to the Panel today in the above-identified litigation.

Very truly yours,

WELSH & KATZ, LTD.

Michele S. Katz

Enclosures

2007 JUL 12 PM 2:33

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WASHINGTON OFFICE
CRYSTAL PLAZA ONE · SUITE 311 · 2001 JEFFERSON DAVIS HIGHWAY · ARLINGTON, VIRGINIA 22202-3603 · TELEPHONE (703) 415-4777

## REVISED PROOF OF SERVICE

I certify that I caused a true and correct copy of Motion For Transfer of Action to Single District For consolidation and Coordinated Pre-Trial Proceedings to be served via Overnight Courier, on the following parties pursuant to JPML Rule 5.2(a):

<u>Counsel For Casio, Inc.</u>
Jeffrey M. Gold
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW.
Washington, DC 20004

Scott D. Stimpson
The Law Office of Scott D. Stimpson
445 Hamilton Avenue, 11th Floor
White Plains, NY 10601

<u>Counsel For Fujifilm Corporation</u>
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004

William H. Wright
Robert J. Benson
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

Counsel For Fujifilm USA
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004

William H. Wright
Robert J. Benson
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

Counsel For Olympus Corporation.
Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

Counsel For Olympus Imaging America, Inc.
Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho

Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

Counsel For Samsung Techwin Co.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606

Counsel For Samsung Opto-Electronics American, Inc.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606

and on the following clerks of each district court in which an action is pending, pursuant JPML Rule 5.2(b):

Northern District of Illinois
Michael W. Dobbins
Clerk of Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

District of Delaware
Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

District of Columbia
Nancy Mayer-Whittington
Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(202) 354 - 3000

<u>Central District of California</u>
Sherri R. Carter
Clerk of Court
312 North Spring Street, Room G-8
Los Angeles, CA 90012


Done this 11th day of July, 2007.

*Campbell Killefer*
Campbell Killefer

## Schedule of Actions

**District of Columbia**

CASIO, INC. v. PAPST LICENSING GmbH & Co. KG Civil Action No. 06-1751, Judge Kessler.

**Northern District of Illinois, Eastern Division**

PAPST LICENSING GmbH & Co. KG v. FUJIFILM Corporation, FUJIFILM U.S.A., INC., Case No. 07cv3401, Judge Holderman.

**District of Columbia**

FUJIFILM Corporation, FUJIFILM U.S.A., INC. v. PAPST LICENSING GmbH & Co. KG, Case No. 1:07-cv-01118, Judge Kessler.

**Central District of California, Western Division**

PAPST LICENSING GmbH & Co. KG v. Samsung Techwin Co., Samsung Opto-Electronics America, Inc., Civil Action No. 07cv4249, Judge Anderson.

**District of Delaware**

PAPST LICENSING GmbH & Co. KG v. Olympus Corporation, Olympus Imaging America, Inc., Civil Action No. 07cv0415, Vacant Judgeship.