IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-415-*** |
| OLYMPUS CORPORATION; OLYMPUS IMAGING AMERICA, INC., | ) |
| Defendants. | ) |

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT BY SIXTY (60) DAYS AND WAIVING SERVICE UNDER THE HAGUE CONVENTION**

WHEREAS, plaintiff Papst Licensing GMBH & Co. KG ("Papst") filed a complaint ("the Complaint") and the Court issued a Summons initiating this lawsuit on or about June 28, 2007;

WHEREAS, defendant Olympus Imaging America, Inc. ("Olympus Imaging") was served with a copy of the Complaint on or about June 28, 2007;

WHEREAS, defendant Olympus Corporation ("Olympus Corp.") is a Japanese corporation with its principal place of business in Japan;

WHEREAS, Papst is required to serve Olympus Corp. with the Summons and Complaint pursuant to the terms of the Hague Convention;

WHEREAS, service of the Complaint under the Hague Convention could take more than five months to complete and may involve considerable expense; and

WHEREAS, Olympus Imaging seeks an additional 60 days to answer or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED THAT:

1) Olympus Corp., through their undersigned counsel, agree to accept service of the Summons and Complaint and not require Papst to serve the Summons and Complaint pursuant to the Hague Convention; and

2) Olympus Corp. and Olympus Imaging shall have to and including September 17, 2007, in which to answer or otherwise respond to the Complaint.

Respectfully submitted,

ASHBY & GEDDES

By: */s/ Steven J. Balick*
    Steven J. Balick, Esq.
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899
    Tel: (302) 654-1888
    Fax: (302) 654-2067
    sbalick@ashby-geddes.com

Jerold B. Schnayer
John L. Ambrogi
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
jbschnayer@welshkatz.com

Attorneys for Plaintiff
PAPST LICENSING GMBH & CO. KG

                                        POTTER ANDERSON & CORROON LLP

                                        By: */s/ Richard L. Horwitz*
                                              Richard L. Horwitz, Esq.
                                              Hercules Plaza, 6th Floor
                                              1313 N. Market Street
                                              P.O. Box 951
                                              Wilmington, DE 19801
                                              Tel: (302) 984-6027
                                              Fax: (302) 658-1192
                                              rhorwitz@potteranderson.com

                                              David H. Ben-Meir, Esq.
                                              HOGAN & HARTSON LLP
                                              1900 Avenue of the Stars
                                              Suite 1400
                                              Los Angeles, California 90067
                                              Tel: (310) 785-4600
                                              Fax: (310) 785-4601
                                              dhben-meir@hhlaw.com

                                              Attorneys for Defendants
                                              OLYMPUS CORPORATION and
                                              OLYMPUS IMAGING AMERICA, INC.

       IT IS SO ORDERED this _____ day of _____, 2007..

                                              _____
                                              The Honorable Mary Pat Thynge

807830 / 32031