# WELSH & KATZ, LTD.

*Attorneys at Law*

120 SOUTH RIVERSIDE PLAZA · 22ND FLOOR
CHICAGO, ILLINOIS 60606-3912

TELEPHONE (312) 655-1500
FACSIMILE (312) 655-1501

www.welshkatz.com

Writers e-mail address
wjkawula@welshkatz.com

A. SIDNEY KATZ*
RICHARD L. WOOD*
JEROLD B. SCHNAYER
JOSEPH R. MARCUS
GERALD S. SCHUR
GERALD T. SHEKLETON
JAMES A. SCHEER
DANIEL R. CHERRY
ROBERT B. BREISBLATT
JAMES P. WHITE
HARTWELL P. MORSE, III
EDWARD P. GAMSON, PH.D.
KATHLEEN A. RHEINTGEN
THOMAS W. TOLPIN*
RICHARD W. McLAREN, JR.
ELLIOTT C. BANKENDORF
JOHN L. AMBROGI
JULIE A. KATZ
WALTER J. KAWULA, JR.
STEVEN E. FELDMAN
JON P. CHRISTENSEN
LEONARD FRIEDMAN
JEFFREY W. SALMON
LOUISE T. WALSH
PAUL M. VARGO, PH.D.
JOSEPH E. CWIK
J. ARON CARNAHAN
ERIK B. FLOM, PH.D.

JAMES B. RADEN
RICHARD J. GURAK
DANIEL M. GURFINKEL
MICHELE S. KATZ*
JOSEPH F. SCHMIDT

BRIAN J. SODIKOFF
BRETT M. TOLPIN
GEORGE S. PAVLIK
MICHAEL A. KROL, PH.D.
CRAIG M. KUCHII
STEPHEN P. BENSON
GREGORY J. SKONY
MYLYNDA J. MOORE
AMY L. HAMMER
GREGORY J. LEIGHTON
DENNIS C. LEE

OF COUNSEL
LAURIE A. HAYNIE
PHILIP D. SEGREST, JR.**
WALLACE L. OLIVER, PH.D.
LAURA A. LABEOTS, PH.D.

DONALD L. WELSH (1925-1998)

* ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN ALABAMA

*By FedEx Delivery*

July 19, 2007

07-415

Jeffrey N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   MDL No. 1880 - In re Papst Licensing Digital Camera Patent Litigation
Our File No. 0757-101666

Dear Mr. Lüthi:

Enclosed is the Notice of Appearance form for Richard W. McLaren, Jr. pursuant to the Judicial Panel on Multidistrict Litigation's instructions of July 13, 2007.

Very truly yours,

WELSH & KATZ, LTD.

By *Michele Katz*
Michele S. Katz

MSK:cf
Enclosure
cc: See amended service list

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN**
<u>(Noon Eastern Time)   July 24, 2007</u>
**Panel Fax No.: (202) 502-2888**

MDL No. <u>1880</u>-- IN RE **Papst Licensing Digital Camera Patent Litigation**

07-415

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Papst Licensing GmbH & Co. KG -- plaintiff,
                                DJ Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

See attached list

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

<u>  July 19, 2007  </u>                                    /s/ Richard W. McLaren Jr.
       Date                                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Richard W. McLaren, Jr.
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606

Telephone No.: <u>312-655-1500</u>          Fax No.: <u>312-655-1501</u>

Email Address: <u>rwmclaren@welshkatz.com</u>

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

Short Case Captions
MDL No. 1880
In Re Papst Licensing Digital Camera Patent Litigation

*Casio, Inc. v. Papst Licensing GmbH & Co. KG,* District of Columbia, C.A. No. 06-1751
    (Judge Gladys Kessler)

*Papst Licensing GmbH & Co. KG v. Fujifilm Corp., et al.,* Northern District of Illinois, C.A.
    07cv3401 (Judge James F. Holderman)

*Fujifilm Corp. et al. v. Papst Licensing GmbH & Co. KG,* District of Columbia, C.A.
    1:07cv01118 (Judge Gladys Kessler)

*Papst Licensing GmbH & Co. KG v. Samsung Techwin Co. et al.,* Central District of California,
    C.A. 07cv4249 (Judge Percy Anderson)

*Papst Licensing GmbH & Co. KG v. Olympus Corp. et al.,* District of Delaware, C.A. No.
    07cv0415 (Vacant Judgeship)

*Matsushita Electric Industrial Co. Ltd. et al. v. Papst Licensing GmbH & Co. KG,* District of
    Columbia, C.A. No. 07cv01222 (Judge Gladys Kessler)

## AMENDED PROOF OF SERVICE FOR MDL NO. 1880

I certify that I caused a true and correct copy of Notice of Appearance of Richard W. McLaren, Jr. to the Judicial Panel on Multidistrict Litigation to be served via Overnight Courier, on the following parties pursuant to JPML Rule 5.2(a):

Counsel For Casio, Inc.
Jeffrey M. Gold
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jgold@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW.
Washington, DC 20004
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
445 Hamilton Avenue, 11th Floor
White Plains, NY 10601
Tel: (203) 258-8412
Email: stimpsonlaw@gmail.com

Counsel For Casio Computer Co., Inc.
Jeffrey M. Gold
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jgold@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW.
Washington, DC 20004
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jkfee@morganlewis.com

<u>Counsel For Fujifilm Corporation</u>
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
Tel: (312) 984-7764
Fax: (312) 984-7700
Email: bhawkins@mwe.com
   mgryzlo@mwe.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202-637-5600
Fax: 202-637-5910
Email: sjrouth@hhlaw.com
   sajensen@hhlaw.com

William H. Wright
Robert J. Benson
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: 310-785-4600
Fax: 310-785-4601
Email: whwright@hhlaw.com
   rjbenson@hhlaw.com

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

<u>Counsel For Fujifilm USA</u>
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
Tel: (312) 984-7764
Fax: (312) 984-7700
Email: bhawkins@mwe.com
       mgryzlo@mwe.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-6465
Fax: (202) 637-5910
Email: sjrouth@hhlaw.com
       sajensen@hhlaw.com

William H. Wright
Robert J. Benson
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: 310-785-4600
Fax: 310-785-4601
Email: whwright@hhlaw.com
       rjbenson@hhlaw.com

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

3

<u>Counsel For Olympus Corporation</u>
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6027
Fax: (302) 658-1192
Email: rhorwitz@potteranderson.com

David H. Ben-Meir
Hogan & Hartson LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
Email: dhben-meir@hhlaw.com

Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

<u>Counsel For Olympus Imaging America, Inc.</u>
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6027
Fax: (302) 658-1192
Email: rhorwitz@potteranderson.com

David H. Ben-Meir
Hogan & Hartson LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
Email: dhben-meir@hhlaw.com

4

Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

Counsel For Samsung Techwin Co.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Tel: 312-569-1000
Fax: 312-569-3000
Email: Brian.Rupp@dbr.com

Counsel For Samsung Opto-Electronics American, Inc.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Tel: 312-569-1000
Fax: 312-569-3000
Email: Brian.Rupp@dbr.com

Counsel For Matsushita Electric Industrial Co., Ltd.
Adam K. Levin
Hogan & Hartson LLP
555 13th Street, NW
Washington, D.C. 20004-1109
Tel: (202) 637-6846
Fax: (202) 637-5910
Email: aklevin@hhlaw.com

<u>Counsel For Victor Company of Japan, Inc.</u>
Adam K. Levin
Hogan & Hartson LLP
555 13th Street, NW
Washington, D.C. 20004-1109
Tel: (202) 637-6846
Fax: (202) 637-5910
Email: aklevin@hhlaw.com

and on the following clerks of each district court in which an action is pending, pursuant JPML Rule 5.2(b):

<u>Northern District of Illinois</u>
Michael W. Dobbins
Clerk of Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

<u>District of Delaware</u>
Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

<u>District of Columbia</u>
Nancy Mayer-Whittington
Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(202) 354 - 3000

<u>Central District of California</u>
Sherri R. Carter
Clerk of Court
312 North Spring Street, Room G-8
Los Angeles, CA 90012

Done this 19 day of July, 2007.