# WELSH & KATZ, LTD.

*Attorneys at Law*

A. SIDNEY KATZ*
RICHARD L. WOOD*
JEROLD B. SCHNAYER
JOSEPH R. MARCUS
GERALD S. SCHUR
GERALD T. SHEKLETON
JAMES A. SCHEER
DANIEL R. CHERRY
ROBERT B. BREISBLATT
JAMES P. WHITE
HARTWELL P. MORSE, III
EDWARD P. GAMSON, Ph.D.
KATHLEEN A. RHEINTGEN
THOMAS W. TOLPIN*
RICHARD W. McLAREN, JR.
ELLIOTT C. BANKENDORF
JOHN L. AMBROGI
JULIE A. KATZ
WALTER J. KAWULA, JR.
STEVEN E. FELDMAN
JON P. CHRISTENSEN
LEONARD FRIEDMAN
JEFFREY W. SALMON
LOUISE T. WALSH
PAUL M. VARGO, Ph.D.
JOSEPH E. CWIK
J. ARON CARNAHAN
ERIK B. FLOM, Ph.D.

JAMES B. RADEN
RICHARD J. GURAK
DANIEL M. GURFINKEL
MICHELE S. KATZ*
JOSEPH F. SCHMIDT

BRIAN J. SODIKOFF
BRETT M. TOLPIN
GEORGE S. PAVLIK
MICHAEL A. KROL, Ph.D.
CRAIG M. KUCHII
STEPHEN P. BENSON
GREGORY J. SKONY
MvLYNDA J. MOORE
AMY L. HAMMER
GREGORY J. LEIGHTON
DENNIS C. LEE

OF COUNSEL
LAURIE A. HAYNIE
PHILIP D. SEGREST, JR.**
WALLACE L. OLIVER, Ph.D.
LAURA A. LABEOTS, Ph.D.

DONALD L. WELSH (1925-1998)

* ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN ALABAMA

120 SOUTH RIVERSIDE PLAZA · 22ND FLOOR
CHICAGO, ILLINOIS 60606-3912

TELEPHONE (312) 655-1500
FACSIMILE (312) 655-1501

www.welshkatz.com

Writers e-mail address
wjkawula@welshkatz.com

*By FedEx Delivery*

July 19, 2007

Jeffrey N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

07-415

Re:     MDL No. 1880 - In re Papst Licensing Digital Camera Patent Litigation
        Our File No. 0757-101666

Dear Mr. Lüthi:

This letter is to notify the Judicial Panel on Multidistrict Litigation that Papst Licensing & Co. KG has been named in the following action: *Matsushita Electric Industrial Co. Ltd et al v. Papst Licensing GmbH & Co. KG*, Civil Action No. 07-CV-D1222-GK. A copy of the docket and a copy of the Complaint is attached for the Panel's convenience.

The new action is a declaratory judgment action involving U.S. Patent Nos. 6,470,399 and 6,895,449, owned by Papst Licensing. These are the same patents involved in the individual cases related to In re Papst Licensing Digital Camera Patent Litigation (MDL No. 1880), which is currently under consideration by the Panel. It is believed that the *Matsushita Electric Industrial* action should be added to MDL No. 1880. An amended service list is included for the Panel's convenience.

Very truly yours,

WELSH & KATZ, LTD.

By     *Walter J. Kawula, Jr.*
Walter J. Kawula, Jr.

WJK:cf
Enclosure
cc:  See amended service list

## AMENDED PROOF OF SERVICE FOR MDL NO. 1880

I certify that I caused a true and correct copy of Papst's July 19, 2007 Letter to the Judicial Panel on Multidistrict Litigation to be served via Overnight Courier, on the following parties pursuant to JPML Rule 5.2(a):

<u>Counsel For Casio, Inc.</u>
Jeffrey M. Gold
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jgold@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW.
Washington, DC 20004
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
445 Hamilton Avenue, 11th Floor
White Plains, NY 10601
Tel: (203) 258-8412
Email: stimpsonlaw@gmail.com

<u>Counsel For Casio Computer Co., Inc.</u>
Jeffrey M. Gold
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jgold@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW.
Washington, DC 20004
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jkfee@morganlewis.com

Counsel For Fujifilm Corporation
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
Tel: (312) 984-7764
Fax: (312) 984-7700
Email: bhawkins@mwe.com
        mgryzlo@mwe.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202-637-5600
Fax: 202-637-5910
Email: sjrouth@hhlaw.com
        sajensen@hhlaw.com

William H. Wright
Robert J. Benson
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: 310-785-4600
Fax: 310-785-4601
Email: whwright@hhlaw.com
        rjbenson@hhlaw.com

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

Counsel For Fujifilm USA
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
Tel:  (312) 984-7764
Fax:  (312) 984-7700
Email:  bhawkins@mwe.com
        mgryzlo@mwe.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel:  (202) 637-6465
Fax:  (202) 637-5910
Email:  sjrouth@hhlaw.com
        sajensen@hhlaw.com

William H. Wright
Robert J. Benson
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel:  310-785-4600
Fax:  310-785-4601
Email:  whwright@hhlaw.com
        rjbenson@hhlaw.com

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

Counsel For Olympus Corporation
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6027
Fax: (302) 658-1192
Email: rhorwitz@potteranderson.com

David H. Ben-Meir
Hogan & Hartson LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
Email: dhben-meir@hhlaw.com

Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

Counsel For Olympus Imaging America, Inc.
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6027
Fax: (302) 658-1192
Email: rhorwitz@potteranderson.com

David H. Ben-Meir
Hogan & Hartson LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
Email: dhben-meir@hhlaw.com

Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

Counsel For Samsung Techwin Co.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Tel:  312-569-1000
Fax:  312-569-3000
Email:  Brian.Rupp@dbr.com

Counsel For Samsung Opto-Electronics American, Inc.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Tel:  312-569-1000
Fax:  312-569-3000
Email:  Brian.Rupp@dbr.com

Counsel For Matsushita Electric Industrial Co., Ltd.
Adam K. Levin
Hogan & Hartson LLP
555 13th Street, NW
Washington, D.C. 20004-1109
Tel:  (202) 637-6846
Fax:  (202) 637-5910
Email:  aklevin@hhlaw.com

Counsel For Victor Company of Japan, Inc.
Adam K. Levin
Hogan & Hartson LLP
555 13th Street, NW
Washington, D.C. 20004-1109
Tel:  (202) 637-6846
Fax:  (202) 637-5910
Email:  aklevin@hhlaw.com

and on the following clerks of each district court in which an action is pending, pursuant
JPML Rule 5.2(b):

Northern District of Illinois
Michael W. Dobbins
Clerk of Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

District of Delaware
Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

District of Columbia
Nancy Mayer-Whittington
Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(202) 354 - 3000

Central District of California
Sherri R. Carter
Clerk of Court
312 North Spring Street, Room G-8
Los Angeles, CA 90012

Done this 19th day of July, 2007.

6

JURY, TYPE-E

**U.S. District Court**
**District of Columbia (Washington, DC)**    07-415
**CIVIL DOCKET FOR CASE #: 1:07-cv-01222-GK**

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. et al    Date Filed: 07/06/2007
v. PAPST LICENSING GMBH & CO. KG                Jury Demand: Plaintiff
Assigned to: Judge Gladys Kessler                Nature of Suit: 830 Patent
  Cases: 1:06-cv-01751-GK-DAR                    Jurisdiction: Federal Question
         1:07-cv-01118-GK
Cause: 35:145 Patent Infringement

**Plaintiff**

**MATSUSHITA ELECTRIC**          represented by **Adam K. Levin**
**INDUSTRIAL CO., LTD.**                        HOGAN & HARTSON LLP
                                                555 13th Street, NW
                                                Washington, DC 20004-1109
                                                (202) 637-6846
                                                Fax: (202) 637-5910
                                                Email: aklevin@hhlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**VICTOR COMPANY OF JAPAN,**     represented by **Adam K. Levin**
**LTD.**                                        (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PAPST LICENSING GMBH & CO.**
**KG**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2007 | 5 | NOTICE *OF RELATED CASE (AMENDED)* by MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., VICTOR COMPANY OF JAPAN, LTD. re 2 Notice of Related Case (Levin, Adam) Case related to Case Numbers 07-1751 filed in the USDC for the District of Columbia, 07-1118 filed in the USDC for the District of Columbia, 07-415 filed in the USDC District of Delaware, 07-3401 filed in the USDC Northern District of Illinois, and 07-4249 filed in the USDC Central District of California. Modified on 7/10/2007 (tg, ). (Entered: 07/09/2007) |
| | | |

| 07/06/2007 | | Summons (1) Issued as to PAPST LICENSING GMBH & CO. KG. (tg, ) (Entered: 07/09/2007) |
|---|---|---|
| 07/06/2007 | 4 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VICTOR COMPANY OF JAPAN, LTD. (tg, ) (Entered: 07/09/2007) |
| 07/06/2007 | 3 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. (tg, ) (Entered: 07/09/2007) |
| 07/06/2007 | 2 | NOTICE OF RELATED CASE by MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., VICTOR COMPANY OF JAPAN, LTD. Case related to Case No. 06-1751. (tg, ) (Entered: 07/09/2007) |
| 07/06/2007 | 1 | COMPLAINT against PAPST LICENSING GMBH & CO. KG ( Filing fee $ 350, receipt number 4616005343) filed by MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., VICTOR COMPANY OF JAPAN, LTD. (Attachments: # 1 Civil Cover Sheet)(tg, ) (Entered: 07/09/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/19/2007 14:05:07 | | |
| **PACER Login:** wk0033 | **Client Code:** | 00757-101666 |
| **Description:** | Docket Report | **Search Criteria:** 1:07-cv-01222-GK |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD.,
1006, Oaza-Kadoma, Kadoma City,
Osaka, Japan, and

VICTOR COMPANY OF JAPAN, LTD.,
3-12, Moriya-cho, Kanagawa-ku, Yokohama,
Kanagawa, Japan,

         Plaintiffs,

         v.

PAPST LICENSING GmbH & CO., KG,
Bahnhofstrasse 33
78112 St. Georgen, Germany,

         Defendant.

Civil Action No. ___O7-415___

## COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF PATENTS AND JURY DEMAND

Plaintiffs Matsushita Electric Industrial Co., Ltd. ("MEI") and Victor Company of

Japan, Ltd. ("JVC"), bring this action against Papst Licensing GmbH & Co, KG ("Papst

Licensing") for a declaration that MEI's and JVC's products do not infringe two patents

purportedly owned by Papst Licensing, and a declaration that those two patents are invalid.

### Parties

1.     Plaintiff Matsushita Electric Industrial Co., Ltd. is a Japanese corporation with its

principal place of business at 1006, Oaza-Kadoma, Kadoma City, Osaka, Japan.

2.     Plaintiff Victor Company of Japan, Limited is a Japanese corporation with its

principal place of business at 3-12, Moriya-cho, Kanagawa-ku, Yokohama, Kanagawa, Japan.

3.      MEI manufactures and sells a wide range of consumer electronics products, including digital cameras sold under the Panasonic label.

4.      JVC manufactures and sells a wide range of consumer electronics products, including digital camcorders.

5.      Upon information and belief, Papst Licensing is a company existing under the laws of The Federal Republic of Germany with its principal place of business at Bahnhofstrasse 33, 78112 St. Georgen, Germany.

6.      Upon information and belief, Papst Licensing does not manufacture or sell any consumer products. Its sole business is to acquire and attempt to license or enforce intellectual property rights.

## Patents-in-Suit

7.      Papst Licensing has held itself out to be the owner of United States Patent No. 6,470,399 B1 ("the '399 patent"), entitled "Flexible Interface for Communication Between a Host and an Analog I/O Device Connected to the Interface Regardless of the Type of the I/O Device," which issued on October 22, 2002.

8.      Papst Licensing has also held itself out to be the owner of United States Patent No. 6,895,449 B2 ("the '449 patent"), entitled "Flexible Interface for Communication Between a Host and an Analog I/O Device Connected to the Interface Regardless the Type of the I/O Device," which issued on May 17, 2005.

9.      Papst Licensing has prosecuted continuations and divisional applications of the '399 and the '449 patents, including pending application No. 11/078,778.

10.     Papst Licensing has told MEI, along with dozens of other companies, that if MEI does not license the '399 and the '449 patents, Papst Licensing will sue MEI for infringing those

2

patents and subject MEI to costly patent litigation that will cause significant injury to MEI's business and reputation. Papst Licensing has made these threats without conducting an appropriate analysis of MEI's digital camera or other products it accuses of infringement and with knowledge that those products do not infringe the '399 and the '449 patents.

11. Papst Licensing has specifically accused MEI products of infringing the '399 patent and the '449 patent on several occasions. For example, in a letter dated November 27, 2006, Papst Licensing accused several models of Panasonic digital cameras of infringing both patents. Papst Licensing has repeated its accusations of infringement and threats of litigation during 2006 and 2007, including during meetings with MEI's representatives.

12. MEI has explained to Papst Licensing in detail on several different occasions why MEI's products do not infringe the '399 patent or the '449 patent, including, without limitation, during meetings in 2006 and 2007.

13. Notwithstanding the evidence that MEI's products do not infringe the '399 patent or '449 patent, Papst Licensing has continued to demand that MEI pay Papst Licensing royalties for use of the '399 and '449 patents.

14. MEI has refused to take a license to these patents on the ground that no such license is needed, because MEI's digital camera and other products do not infringe the '399 and '449 patents.

15. Papst Licensing has also specifically accused JVC products of infringing the '399 patent and the '449 patent on several occasions. For example, in a letter dated December 21, 2006, Papst Licensing accused a JVC digital camcorder of infringing both patents. Papst Licensing has repeated its accusations of infringement and threats of litigation during 2007, including during a meeting with JVC's representatives. Pabst Licensing has made these threats

3

and accusations without conducting an appropriate analysis of JVC's digital camcorders or other products it accuses of infringement.

16.    Papst Licensing has continued to demand that JVC pay Papst Licensing royalties for use of the '399 and '449 patents.

17.    JVC has refused to take a license to these patents on the ground that no such license is needed, because JVC's digital camcorders and other products do not infringe the '399 and '449 patents.

## Jurisdiction and Venue

18.    This action arises under the Declaratory Judgment Act and the patent laws of the United States. See 28 U.S.C. §§ 2201 and 2202; Title 35 U.S.C. §§ 100 *et seq*.

19.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

20.    This Court has personal jurisdiction over Papst Licensing pursuant to 35 U.S.C. § 293.

21.    Venue in this judicial district is proper under at least 28 U.S.C. § 1391(c) and (d) and 35 U.S.C. § 293.

22.    The '399 and the '449 patents are already being litigated in this District in two other matters. Specifically, Casio, Inc. filed an action against Papst Licensing seeking a declaratory judgment that the '399 and '449 patents are not infringed by Casio products and are invalid. That action is entitled *Casio v. Papst Licensing*, Case No. 1:06-cv-01751-GK. Fujifilm Corporation and Fujifilm U.S.A., Inc. also filed an action in this District seeking a declaratory judgment that the '399 and '449 patents are not infringed by Fujifilm products and are invalid. That action is entitled *Fujifilm Corp. and Fujifilm U.S.A., Inc. v. Papst Licensing GmbH & Co., KG*, Case No. 1:07-cv-01118-GK.

4

23.    An actual and justiciable controversy exists between MEI and JVC, on the one

hand, and Papst Licensing, on the other hand, concerning Papst Licensing's claims of

infringement of the '399 and the '449 patents and concerning whether those patents are valid.

## Count I
### (Declaratory Judgment of non-infringement and invalidity of the '399 patent)

24.    MEI and JVC reallege and incorporate by reference their allegations in

paragraphs 1 through 23 above as if fully set forth herein.

25.    MEI has not directly infringed, contributed to infringement of, or induced

infringement of any valid claim of the '399 patent, nor is MEI, either literally or under the

doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing

infringement of any valid claim of the '399 patent.

26.    JVC has not directly infringed, contributed to infringement of, or induced

infringement of any valid claim of the '399 patent, nor is JVC, either literally or under the

doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing

infringement of any valid claim of the '399 patent.

27.    The '399 patent is invalid for failing to comply with one or more of the

requirements for patentability set forth in Title 35 U.S.C. § 101, *et seq*., including, without

limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

28.    An actual and justiciable controversy exists between MEI and JVC, on the one

hand, and Papst Licensing, on the other hand, regarding the alleged infringement and validity of

the '399 patent by virtue of the allegations made by Papst Licensing that MEI and JVC and/or

their customers are or have been infringing the '399 patent.

29.    This case is an exceptional case pursuant to 35 U.S.C. § 285, entitling MEI and

JVC to an award of their attorneys' fees.

5

## Count II
### (Declaratory Judgment of non-infringement and invalidity of the '449 patent)

30.     MEI and JVC reallege and incorporate by reference their allegations in paragraphs 1 through 29 above as if fully set forth herein.

31.     MEI has not directly infringed, contributed to infringement of, or induced infringement of any valid claim of the '449 patent, nor is MEI, either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of the '449 patent.

32.     JVC has not directly infringed, contributed to infringement of, or induced infringement of any valid claim of the '449 patent, nor is JVC, either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of the '449 patent.

33.     The '449 patent is invalid for failing to comply with one or more of the requirements for patentability set forth in Title 35 U.S.C. § 101, *et seq.*, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

34.     An actual and justiciable controversy exists between MEI and JVC, on the one hand, and Papst Licensing, on the other, regarding the alleged infringement and validity of the '449 patent by virtue of the allegations made by Papst Licensing that MEI and JVC and/or their customers are or have been infringing the '399 patent.

35.     This case is an exceptional case pursuant to 35 U.S.C. § 285, entitling MEI and JVC to an award of their attorneys' fees.

36.     MEI expressly reserves the right to amend this Complaint to add declaratory judgment counts with respect to any continuation or divisional applications relating to the patents-in-suit that may issue after the date this complaint is filed.

## **Prayer for relief**

WHEREFORE, MEI prays this Court for the following relief:

1.      A declaration that MEI has not infringed, and is not infringing, the '399 or '449 patents;

2.      A declaration that JVC has not infringed, and is not infringing, the '399 or '449 patents;

3.      A declaration that MEI has not infringed, and is not infringing, any of the claims of any continuation or divisional application relating to the patents-in-suit that may hereafter issue;

4.      A declaration that JVC has not infringed, and is not infringing, any of the claims of any continuation or divisional application relating to the patents-in-suit that may hereafter issue;

5.      A declaration that each of the claims of the '399 and '449 patents is invalid;

6.      An injunction prohibiting Papst Licensing from alleging infringement of the '399 and '449 patents by MEI and its customers;

7.      An injunction prohibiting Papst Licensing from alleging infringement of the '399 and '449 patents by JVC and its customers;

8.      An award of damages that MEI and JVC have sustained;

9.      A declaration that this case is exceptional under 35 U.S.C. § 285, and MEI and JVC should be awarded their reasonable attorney fees and costs incurred in connection with this action; and

10.     Such other further relief as the Court deems just and proper.

7

**Jury Demand**

Plaintiffs MEI and JVC demand a jury trial on all issues so triable.

Dated: July 6, 2007                    HOGAN & HARTSON LLP

/s/ Adam K. Levin
Adam K. Levin (D.C. Bar No. 460362)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6846
Telecopier: (202) 637-5910
E-Mail: aklevin@hhlaw.com

Of counsel:

Richard de Bodo (Ca. Bar No. 128199)
Rachel M. Capoccia (Ca. Bar No. 187160)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4694
Telecopier: (310) 785-4601
E-Mail: rdebodo@hhlaw.com
            rmcapoccia@hhlaw.com

ATTORNEYS FOR PLAINTIFFS
MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD. AND VICTOR COMPANY OF JAPAN,
LTD.

## AMENDED SERVICE LIST FOR MDL NO. 1880

Counsel For Papst Licensing GmbH & Co., KG
Richard W. McLaren
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912
Tel:  (312) 655-1500
Fax:  (312) 655-1501
Email: rwmclaren@welshkatz.com

Counsel For Casio, Inc.
Jeffrey M. Gold
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178
Tel:  (202) 739-5353
Fax:  (202) 239-3001
Email:  jgold@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW.
Washington, DC 20004
Tel:  (202) 739-5353
Fax:  (202) 239-3001
Email:  jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
445 Hamilton Avenue, 11th Floor
White Plains, NY 10601
Tel:  (203) 258-8412
Email:  stimpsonlaw@gmail.com

Counsel For Casio Computer Co., Inc.
Jeffrey M. Gold
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178
Tel:  (202) 739-5353
Fax:  (202) 239-3001
Email:  jgold@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, NW.
Washington, DC 20004
Tel: (202) 739-5353
Fax: (202) 239-3001
Email: jkfee@morganlewis.com

Counsel For Fujifilm Corporation
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
Tel: (312) 984-7764
Fax: (312) 984-7700
Email: bhawkins@mwe.com
        mgryzlo@mwe.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202-637-5600
Fax: 202-637-5910
Email: sjrouth@hhlaw.com
        sajensen@hhlaw.com

William H. Wright
Robert J. Benson
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: 310-785-4600
Fax: 310-785-4601
Email: whwright@hhlaw.com
        rjbenson@hhlaw.com

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

2

Counsel For Fujifilm USA
Brent A. Hawkins
Matthew J. Gryzlo
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 4400
Chicago, IL 60606
Tel: (312) 984-7764
Fax: (312) 984-7700
Email: bhawkins@mwe.com
        mgryzlo@mwe.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-6465
Fax: (202) 637-5910
Email: sjrouth@hhlaw.com
        sajensen@hhlaw.com

William H. Wright
Robert J. Benson
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Tel: 310-785-4600
Fax: 310-785-4601
Email: whwright@hhlaw.com
        rjbenson@hhlaw.com

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan

Counsel For Olympus Corporation
David H. Ben-Meir
Hogan & Hartson LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
email: dhben-meir@hhlaw.com

3

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6027
Fax: (302) 658-1192
Email: rhorwitz@potteranderson.com

Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

Counsel For Olympus Imaging America, Inc.
David H. Ben-Meir
Hogan & Hartson LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
email: dhben-meir@hhlaw.com

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
Tel: (302) 984-6027
Fax: (302) 658-1192
Email: rhorwitz@potteranderson.com

Phillippe Y. Riesen
Hogan & Hartson
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome, Shinjuku-ku
163-0646 Tokyo, Japan

4

Counsel For Samsung Techwin Co.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Tel:  312-569-1000
Fax:  312-569-3000
Email:  Brian.Rupp@dbr.com

Counsel For Samsung Opto-Electronics American, Inc.
Brian C. Rupp
Drinker Biddle
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Tel:  312-569-1000
Fax:  312-569-3000
Email:  Brian.Rupp@dbr.com

Counsel For Matsushita Electric Industrial Co., Ltd.
Adam K. Levin
Hogan & Hartson LLP
555 13th Street, NW
Washington, D.C. 20004-1109
Tel:  (202) 637-6846
Fax:  (202) 637-5910
Email:  aklevin@hhlaw.com

Counsel For Victor Company of Japan, Inc.
Adam K. Levin
Hogan & Hartson LLP
555 13th Street, NW
Washington, D.C. 20004-1109
Tel:  (202) 637-6846
Fax:  (202) 637-5910
Email:  aklevin@hhlaw.com

and on the following clerks of each district court in which an action is pending, pursuant
JPML Rule 5.2(b):

Northern District of Illinois
Michael W. Dobbins
Clerk of Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

District of Delaware
Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

District of Columbia
Nancy Mayer-Whittington
Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(202) 354 - 3000

Central District of California
Sherri R. Carter
Clerk of Court
312 North Spring Street, Room G-8
Los Angeles, CA 90012