IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLYMPUS CORPORATION; OLYMPUS )<br>IMAGING AMERICA, INC., )<br>)<br>Defendants. ) | C.A. No. 07-415-*** |

### DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to 28 U.S.C. § 1404(a), defendants Olympus Corporation ("Olympus Japan") and Olympus Imaging America, Inc. ("Olympus USA") (collectively, "Olympus") hereby move to transfer this action filed by Papst Licensing GmbH & Co. KG ("Papst") to the United States District Court for the District of Columbia, where three other related actions involving U.S. Patent Nos. 6,470,399 B1 and 6,895,449 B2 are pending. Litigating this action with related cases before the same Court will promote judicial and litigant economy, efficiency, and ensure consistent results.

### RULE 7.1.1 CERTIFICATE

Pursuant to L.R. 7.1.1., counsel for defendants requested plaintiff's position on the motion, but had not received a substantive response by the time of the filing of the motion.

OF COUNSEL:

Richard de Bodo
David H. Ben-Meir
HOGAN & HARTSON LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Tel: (310) 785-4600

Dated: August 1, 2007
810400 / 32031

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel : (2) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendants Olympus Corporation and Olympus Imaging America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, Kenneth L. Dorsney, hereby certify that on August 1, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

      I hereby certify that on August 1, 2007, I have Electronically Mailed the document to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Jerold B. Schnayer
John L. Ambrogi
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
jbschnayer@welshkatz.com
jambrogi@welshkatz.com

      /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

810412 / 32031

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUS CORPORATION; OLYMPUS IMAGING AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-415-***<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Defendants Olympus Corporation's and Olympus Imaging America, Inc.'s (collectively "Olympus'") Motion to Transfer This Action To the District Of Columbia, the parties' Briefs submitted in support of and in opposition thereto, and the declarations and exhibits in support of and in opposition thereto, **IT IS ORDERED THAT:**

1. Olympus' Motion is GRANTED.

2. Pursuant to 28 U.S.C. § 1404(a), this Case, *Papst Licensing GmbH & Co. KG v. Olympus Corporation, Olympus Imaging America, Inc.*, Civil Action No. 07-415, is transferred to the United States District Court for the District of Columbia.

IT IS SO ORDERED this _____ day of August , 2007.

By: _____
United States District Court Judge