IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-415-*** |
| OLYMPUS CORPORATION; OLYMPUS IMAGING AMERICA, INC., | ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF JOSEPHINE N. CACACE IN SUPPORT OF DEFENDANTS'
MOTION TO TRANSFER THIS ACTION TO THE DISTRICT OF COLUMBIA**

I, Josephine N. Cacace declare and state as follows:

1. I am the Tax Director for Olympus America Inc. ("Olympus America"). In that position, I have responsibility for overseeing tax matters relating to Olympus U.S.A. Inc. ("Olympus U.S.A.") and its subsidiaries, the parent company of Olympus Imaging America Inc. ("Olympus Imaging"), one of the defendants in this action. The following is of my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. Olympus Corporation is a Japanese company with its principal place of business in Tokyo, Japan. It does not have any offices in Delaware or in the United States. Further, it does not have any agent for service of process in the United States.

3. Olympus Imaging is a subsidiary of Olympus U.S.A, which is a subsidiary of Olympus Corporation.

4. Olympus Imaging is a Delaware corporation. Olympus Imaging maintains no offices or other facilities in the State of Delaware.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of August, 2007, in Pennsylvania, United States.

/s/ Josephine N. Cacace
Josephine N. Cacace

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 1, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 1, 2007, I have Electronically Mailed the document to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Jerold B. Schnayer
John L. Ambrogi
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
jbschnayer@welshkatz.com
jambrogi@welshkatz.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

810412 / 32031