IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAPST LICENSING GMBH & CO. KG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-415-*** |
| | ) | |
| OLYMPUS CORPORATION, OLYMPUS IMAGING AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CROSS-MOTION TO STAY THE PROCEEDINGS
PENDING THE MDL PANEL'S DETERMINATION ON CONSOLIDATION**

Plaintiff Papst Licensing GmbH & Co. KG hereby respectfully moves to stay all proceedings in this action pending the Judicial Panel on Multidistrict Litigation's determination of whether to consolidate this action with several other actions for pre-trial proceedings. The grounds for this motion are set forth in the accompanying brief and supporting exhibits.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff Papst Licensing GmbH & Co. KG*

*Of Counsel:*

Jerold B. Schnayer
John L. Ambrogi
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606
(312) 655-1500

Dated:  August 20, 2007
183365.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAPST LICENSING GMBH & CO. KG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-415-*** |
| | ) | |
| OLYMPUS CORPORATION, OLYMPUS IMAGING AMERICA, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER DENYING DEFENDANTS' MOTION TO TRANSFER AND GRANTING PLAINTIFF'S MOTION TO STAY

This _____ day of _____, 2007, defendants Olympus Corporation and Olympus Imaging America, Inc. (collectively "Olympus") having moved to transfer this matter to the United States District Court for the District of Columbia, and plaintiff Papst Licensing GmbH & Co. KG having moved to stay this case pending the Judicial Panel on Multidistrict Litigation's ("MDL") determination on consolidation of this matter with five other actions, and the Court, after considering the issues, having concluded that good grounds exist for plaintiff's requested relief; now therefore,

**IT IS HEREBY ORDERED** that:

(i)   Olympus' motion is **DENIED.**

(ii)  Papst's motion is **GRANTED.**  This case is hereby stayed pending the MDL's decision on consolidation.

_____
United States Magistrate Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel have discussed the subject matter of the attached motion, but that an agreement could not be reached.

*/s/ John G. Day*
_____
John G. Day