# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUS CORPORATION, OLYMPUS IMAGING AMERICA, INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.  07-415-***<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF JORDAN B. KUSHNER IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE DISTRICT OF COLUMBIA</u>

I, Jordan B. Kushner, declare and state as follows:

1.      I am an attorney at law duly licensed to practice in the State of California. I am an attorney of Hogan & Hartson, LLP, attorneys of record for defendants Olympus Corporation and Olympus Imaging America, Inc. (collectively, "Olympus") in this action. I submit this Declaration in support of Defendants' Motion to Transfer This Action To the United States District Court For The District Of Columbia. The following is of my personal knowledge and if called as a witness, I could and would competently testify thereto.

2.      Attached collectively hereto as Exhibit A are true and correct copies of web pages from the websites of Samsung, Olympus, and Fujifilm.

3.      Attached hereto as Exhibit B are true and correct copies of printouts from Google Maps indicating the distances between Washington D.C. and Chicago on the one hand, and Center Valley, PA; Secaucus, NJ; and Valhalla, NY, on the other.

4.      Attached hereto as Exhibit C are true and correct copies of June 15 and 20, 2007 emails between Jerold Schnayer and Philippe Y. Riesen.

5.      Attached hereto as Exhibit D is a true and correct copy of the Motion to Dismiss filed by Fujifilm in the matter of *Papst Licensing GmbH & Co. KG v. Fujifilm U.S.A. Inc.*, Case No. 07cv3401.

6.      Attached hereto as Exhibit E is a true and correct copy of the Complaint filed in the matter of *Matsushita Electric Industrial Co., Ltd., Victor Company of Japan, Ltd. v. Papst Licensing GmbH & Co. KG*, Case No. 07cv01222.

7.      Attached hereto as Exhibit F is a true and correct copy of an August 6, 2007 letter from Jerold Schnayer to Rachel M. Capoccia.

8.      Attached hereto as Exhibit G is a true and correct copy of the docket report from the matter of Casio Inc. v. *Papst Licensing GmbH & Co. KG*, Case No. 1:06cv1751.

9.      Attached hereto as Exhibit H are true and correct copies of printouts from Olympus's website indicating where in Washington, D.C. its digital camera products are sold.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of August, 2007, in Los Angeles, California.

_____

Jordan B. Kushner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on August 30, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 30, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Steven J. Balick | Jerold B. Schnayer |
| John G. Day | John L. Ambrogi |
| Lauren E. Maguire | Welsh & Katz, Ltd. |
| Ashby & Geddes | 120 South Riverside Plaza, 22nd Floor |
| 500 Delaware Avenue, 8th Floor | Chicago, Illinois 60606 |
| P.O. Box 1150 | jbschnayer@welshkatz.com |
| Wilmington, DE 19899 | jambrogi@welshkatz.com |
| sbalick@ashby-geddes.com | |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

810412 / 32031

# EXHIBIT A

 **PRODUCTS    SUPPORT    SHOWROOM    PRESS CENTER    ABOUT US** Select (

## Samsung Digital Camera



Limitless Support
It's not that hard to imagine

---

**SUPPORT**

· Service Network
· FAQ
· Contact Us
· Download
· Remote Service

    Product FAQ's
    Global Network
    Data Download
    Remote Service

🔍 Product Search        ▸GO  Advanced Search            · Home > Support ▸

❶ **SERVICE NETWORK**



| | Americas | :: Country :: | ▸Search |
|---|---|---|---|

| | | |
|---|---|---|
| **Americas Canada** | Company | Tegra Photo Inc. |
| | Address | 750 Millway Ave.,Unit 8 Concord, Ontario L4K 3T7, Car |
| | Tel. | 1-905-738-5556 |
| | Fax. | 1-905-738-5884 |
| | Contact Person | |
| | E-mail | |
| | Homepage | http://www.samsungcamera.ca |
| | warranty | International |
| | Sales/Service | Sales & Service |
| **Americas Others** | Company | Samsung Electronics Latinoamerica (Zona Libre), S.A. |
| | Address | - - |
| | Tel. | 507-210-1122 |
| | Fax. | - |
| | Contact Person | |
| | E-mail | |
| | Homepage | http://www.samsung.com/pa/ |
| | warranty | |
| | Sales/Service | Sales & Service |
| | Company | NORTHWEST CAMERA |
| | Address | |
| | Tel. | (651) 483-8588 |
| | Fax. | (651) 486-6226 |

| | | |
|---|---|---|
| **Americas USA** | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | |
| | Company | CRJ/SEC |
| | Address | |
| | Tel. | (770) 849-0555 |
| | Fax. | (770) 935-5561 |
| **Americas USA** | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | |
| | Company | PRECISION CAMERA |
| | Address | |
| | Tel. | (800) 665-6515 |
| | Fax. | (860) 763-7100 |
| **Americas USA** | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | Service |
| | Company | COMET CAMERA |
| | Address | |
| | Tel. | (267) 671-9250 |
| | Fax. | (267) 671-9255 |
| **Americas USA** | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | Service |
| | Company | PRO CAMERA |
| | Address | |
| | Tel. | (216) 661-8666 |
| | Fax. | (216) 661-0129 |
| **Americas USA** | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | Service |
| | Company | HAVELCAMERA SERVICE |
| | Address | |
| | Tel. | (210) 735-7412 |
| | Fax. | (210) 734-2715 |
| **Americas USA** | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | Service |
| | Company | NU-TECH DIGITALS, INC. |
| | Address | |

| | | |
|---|---|---|
| **Americas USA** | Tel. | (847) 670-4600 |
| | Fax. | (847) 670-4042 |
| | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | Service |
| | Company | METRO CAMERA |
| | Address | |
| **Americas USA** | Tel. | (303) 934-2471 |
| | Fax. | (303) 935-5854 |
| | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | Service |
| | Company | STRAUSS PHOTO |
| | Address | |
| **Americas USA** | Tel. | (202) 529-3200 |
| | Fax. | (202) 526-6465 |
| | Contact Person | |
| | E-mail | |
| | Homepage | |
| | warranty | International |
| | Sales/Service | Service |
| | Company | Southern Photo Technical Service |
| | Address | 14352 Biscayne Blvd., Miami, FL 33181-1204  - |
| **Americas USA** | Tel. | (305) 653-7355 |
| | Fax. | (305) 653-7356 |
| | Contact Person | |
| | E-mail | |
| | Homepage | http:// |
| | warranty | International |
| | Sales/Service | Service |
| | Company | Berry Camera Pro Service |
| | Address | 844 6th Avenue Room 704 New York, NY 10001  - |
| **Americas USA** | Tel. | (212) 685-9334 |
| | Fax. | (212) 685-9328 |
| | Contact Person | |
| | E-mail | |
| | Homepage | http:// |
| | warranty | International |
| | Sales/Service | Service |
| | Company | Samsung Opto-Electronics America, Inc. |
| | Address | 18600 Broadwick St., Rancho Dominguez, CA 90220 U Regional Office |
| **Americas USA** | Tel. | 310-900-5284/5285 |
| | Fax. | 310-537-1566 |
| | Contact Person | |
| | E-mail | |
| | Homepage | http://www.samsungcamerausa.com |
| | warranty | Local |
| | Sales/Service | Sales & Service |

Samsung Digital Camera                                          Page 4 of 4

|  | Company | Samsung Opto-Electronics America, Inc. |
|---|---|---|
|  | Address | 40 Seaview Drive, Secaucus, NJ 07094  Headquarters |
|  | Tel. | 201-902-0347 |
| **Americas** | Fax. | 201-866-5153 |
| **USA** | Contact Person |  |
|  | E-mail |  |
|  | Homepage | http://www.samsungcamerausa.com |
|  | warranty | Local |
|  | Sales/Service | Sales & Service |



✿ Privacy   ✿ Legal Notice   ✿ Contact us

copyright (c) 1996-2007 SAMSUNG TECHWIN CO., LTD All rights reserved.

# OLYMPUS

About Us | News & Events | Contact

Enter Search Word(s)

| Learn | Products | Support | Service & Repair | Olympus |

You are here: Home > Support > **Contact Us**

## Contact Us

Please choose a category from below which best reflects the content of your question.



**Olympus Im&
America Inc.**

3500 Corporat
P.O. Box 610
Center Valley,
0610

| **Email Us** | **Call Us** | | |
|---|---|---|---|
| - Digital Camera Questions | Digital Cameras/ Digital Voice Recorders | Microcassette Recorders | Photo Pri |
| - Film Camera Questions | | | 1-800-79 |
| - Voice Recorder Questions | 1-888-553-4448 Mon-Fri 8am-10pm ET | 1-800-622-6372 Mon-Fri 8:30am-7pm ET | Mon-Fri 8 ET |
| - Binocular Questions | | | |
| - Photo Printer & Scanner Questions | Film Cameras | Business Products | Binocular |
| - Olympus Store Purchasing Questions | 1-800-622-6372 Mon-Fri 8:30am-7pm ET | 1-800-798-2777 Mon-Fri 8am-10pm ET | 1-800-62 |
| - General Questions | | | |

**Buy Olympus:**

- Order Parts/Accessories
- Visit the On-line Emporium
- Store Finder

**I would like to:**

- Download an Instruction Manual
- Download a Brochure
- Check Software Downloads

**Self-Help Resources:**

- Frequently Asked Questions
- Check Camera Repair Status
- Where to Send for Repair Info
- Register a Product
- Warranty Information
- Compare & Decide
- Archived Products

**Learning Center:**

- Digital Photography FAQ's & Glossary (E
- Digital Photography FAQ's & Glossary (F
- Tips and Tricks
- Photo School
- Free Photo Lessons

Home | Digital Cameras | Film Cameras | Voice Recorders | Binoculars | Photo Printers | Accessories | Archived Products

© 2007 Olympus Imaging America Inc.          Privacy Statement          Terms of Use

Fujifilm SnapShots - Careers: Our Company - Our Locations                    Page 1 of 2



**FUJiFILM** USA

> ▸ Sitema

| Home | Consumer | Professional | Commercial & Government | Support & Contact Center | Corporate Infor

**SnapShot Profiles**

**The Employee Experience**

**Our Company**

Our Mission & Values

Our Portfolio

**Our Locations**

**Job Search Center**

**About Fujifilm**

**Career Center Home**



Our Locations

**Valhalla, NY (Corporate Headquarters)**

FUJIFILM U.S.A. recently relocated its corporate headquarters to a fully customized facility in Valhalla, NY. After outgrowing its original office space in the Empire State Building, the company had called Elmsford, NY home from 1986 until early 2003. The new Valhalla facility is home to multiple Fujifilm business groups.

Spend.

BILLIE

DEBORA 

DONNA 

**Irving, TX**

Our Irving, TX facility which is approximately 15 minutes from the Dallas-Fort Worth International airport is centrally located between Fort Worth and Dallas. The facility relocated to Irving in 2006 from Carrollton.

**Cypress, CA**

Fujifilm's West Coast distribution facility relocated to Cypress in 1989. Shipping over $1.5 million in product every day, this facility is home to several Fujifilm businesses.

**Norcross, GA**

Fujifilm's southeast regional facility is located in Norcross, GA approximately 17 miles northeast of Atlanta. The facility moved to Norcross from Duluth in 2005 and is home to regionally based employees.

**Edison, NJ**

The Edison Regional Distribution Center opened in 1999, and is the largest FUJIFILM U.S.A., Inc. facility in the country. More than 30% of Fujifilm's products are shipped out of this state-of-the-art facility.

**Hanover Park, IL**

The Hanover Park facility is located approximately 30 miles northwest of Chicago. It serves the company's various business units.

**Hollywood, CA**

The Hollywood office houses Fujifilm's Motion Picture Products Division and

Fujifilm SnapShots - Careers: Our Company - Our Locations                Page 2 of 2

is the regional office for Fujifilm Sensitized Products Technical Support.
Fujifilm's Motion Picture Products Division provides technical support
through this office to both studios and professional film labs.

**Rochester, NY**
Our Rochester facility is the home of Fujifilm e-Systems, Inc., the Fujifilm
subsidiary that provides software system development, photo imaging Web
site development, hosting, and other electronic imaging services for
Fujifilm and its customers.

© 2007 FUJIFILM U.S.A., Inc.      › Terms and Conditions    › Privacy Statement    › 📶 FUJIFILM RSS    › ePartners

# EXHIBIT B

from: chicago to: valhalla, new york - Google Maps                    Page 1 of 2

 **Start** **Chicago, IL**
**End** **Valhalla, NY**
**Travel** **815 mi – about 12 hours 57 mins**



 **Chicago, IL**

Drive: 815 mi – about 12 hours 57 mins

| | | |
|---|---|---|
| 1. | Head **north** on **N LaSalle St** toward **W Randolph St** | 0.2 mi |
| ← 2. | Turn **left** at **W Upper Wacker Dr** | 0.3 mi<br>2 mins |
| → 3. | Turn **right** at **W Lake St** | 0.5 mi<br>2 mins |
| ← 4. | Turn **left** to merge onto **I-90 E/I-94 E/Kennedy Expy E**<br>Continue to follow I-90 E<br>Partial toll road<br>Passing through Indiana<br>Entering Ohio | 314 mi<br>4 hours 53 mins |
| 5. | Continue on **I-80 E/Ohio Turnpike**<br>Toll road | 76.2 mi<br>1 hour 12 mins |
| 6. | Take exit **218** to merge onto **I-80 E**<br>Partial toll road<br>Passing through Pennsylvania<br>Entering New Jersey | 373 mi<br>5 hours 51 mins |
| 7. | Take exit **43** to merge onto **I-287 N** toward **Mahwah**<br>Entering New York | 26.0 mi<br>26 mins |

http://maps.google.com/maps?rls=GGLD,GGLD:2004-16,GGLD:en&hl=en&q=Secaucus,...    8/27/2007

8.  Take the exit onto **I-287 E/I-87 S/New York State Thruway S** toward **Tappan Zee Bridge/New York City**
    Continue to follow I-287 E
    Partial toll road                                                    22.8 mi
                                                                          25 mins

9.  Take exit **6** for **RT-22** toward **White Plains/No White Plains**   0.2 mi

10. Turn **left** at **N Broadway/RT-22**
    Continue to follow N Broadway                                         2.2 mi
                                                                          6 mins

 **Valhalla, NY**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2007 NAVTEQ™, Sanborn

from: chicago to: Secaucus, new jersey - Google Maps                    Page 1 of 2

 **Google** Maps

Start **Chicago, IL**
End **Secaucus, NJ**
Travel **787 mi – about 12 hours 29 mins**



**Chicago, IL**

Drive: 787 mi – about 12 hours 29 mins

| | | |
|---|---|---|
| 1. Head **north** on **N LaSalle St** toward **W Randolph St** | 0.2 mi | |
| ← 2. Turn **left** at **W Upper Wacker Dr** | 0.3 mi | 2 mins |
| → 3. Turn **right** at **W Lake St** | 0.5 mi | 2 mins |
| ← 4. Turn **left** to merge onto **I-90 E/I-94 E/Kennedy Expy E**<br>Continue to follow I-90 E<br>Partial toll road<br>Passing through Indiana<br>Entering Ohio | 314 mi | 4 hours 53 mins |
| 5. Continue on **I-80 E/Ohio Turnpike**<br>Toll road | 76.2 mi | 1 hour 12 mins |
| 6. Take exit **218** to merge onto **I-80 E**<br>Partial toll road<br>Passing through Pennsylvania<br>Entering New Jersey | 383 mi | 6 hours 0 mins |
| 7. Take exit **53** to merge onto **US-46 E** toward **RT-3/Meadowlands Sports Complex/Wayne/Clifton/Lincoln Tunnel** | 4.2 mi | 7 mins |

from: chicago to: Secaucus, new jersey - Google Maps                Page 2 of 2

➡ 8. Slight **right** at **RT-3 E** (signs for **Garden State Pkwy S/RT-3 E/New**    9.1 mi
     **Jersey Turnpike/Lincoln Tunnel**)                                           11 mins

   9. Take the exit toward **Secaucus/N J Turnpike S**                             446 ft

  10. Merge onto **RT-3 E**                                                        0.1 mi

➡ 11. Turn **right** at **Plaza Center**                                          0.2 mi

⬅ 12. Turn **left** at **Paterson Plank Rd**                                       0.2 mi
                                                                                   1 min

 **Secaucus, NJ**

These directions are for planning purposes only. You may find that construction projects, traffic, or other
events may cause road conditions to differ from the map results.

Map data ©2007 NAVTEQ™, Sanborn

From: Washington, District of Columbia, District of Columbia, United States to: Secaucus...    Page 1 of 2

 **Start Washington, DC**
**End Secaucus, NJ**
Travel **224 mi – about 4 hours 2 mins**



📍 **Washington, DC**

Drive: 224 mi – about 4 hours 2 mins

| | | |
|---|---|---|
| 1. Head **north** on **14th St NW/US-1** toward **Madison Dr NW** | 0.2 mi | |
| ➡ 2. Turn **right** at **Constitution Ave NW/US-1** | 0.6 mi | 3 mins |
| ⬅ 3. Turn **left** at **6th St NW/US-1** | 0.8 mi | 4 mins |
| ➡ 4. Turn **right** at **New York Ave NW** <br> Entering Maryland | 4.6 mi | 10 mins |
| ⬅ 5. Take the exit on the **left** toward **Baltimore** | 0.5 mi | |
| 6. Merge onto **MD-295 N** | 29.8 mi | 33 mins |
| 7. Take the exit onto **I-95 N** toward **New York** <br> Partial toll road <br> Entering Delaware | 67.8 mi | 1 hour 8 mins |
| 8. Take the **I-295** exit toward **New Jersey Turnpike/Del Memorial Bridge/NJ-NY** | 0.2 mi | |
| ⬅ 9. Keep **left** at the fork to continue toward **I-295 N** and merge onto **I-295 N** <br> Entering New Jersey | 6.3 mi | 7 mins |

10. Continue on **New Jersey Turnpike N**
    Toll road

112 mi
1 hour 52 mins

11. Take exit **16E** toward **RT-3/Lincoln Tunnel**
    Partial toll road

0.3 mi

← 12. Keep **left** at the fork, follow signs for **N J 3/Secaucus**

0.6 mi
1 min

← 13. Turn **left** at **Paterson Plank Rd**

0.3 mi
2 mins

 **Secaucus, NJ**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2007 NAVTEQ™, Sanborn

from: Washington, District of Columbia, District of Columbia, United States to: valhalla, ...    Page 1 of 2

 **Google** Maps

Start **Washington, DC**
End **Valhalla, NY**
Travel **255 mi – about 4 hours 41
mins**



©2007 Google - Map data ©2007 NAVTEQ™ - Terms of Use

**Washington, DC**

Drive: 255 mi – about 4 hours 41 mins

| | | |
|---|---|---|
| 1. Head **north** on **14th St NW/US-1** toward **Madison Dr NW** | 0.2 mi | |
| ➡ 2. Turn **right** at **Constitution Ave NW/US-1** | 0.6 mi | 3 mins |
| ⬅ 3. Turn **left** at **6th St NW/US-1** | 0.8 mi | 4 mins |
| ➡ 4. Turn **right** at **New York Ave NW**<br>Entering Maryland | 4.6 mi | 10 mins |
| ⬅ 5. Take the exit on the **left** toward **Baltimore** | 0.5 mi | |
| 6. Merge onto **MD-295 N** | 29.8 mi | 33 mins |
| 7. Take the exit onto **I-95 N** toward **New York**<br>Partial toll road<br>Entering Delaware | 67.8 mi | 1 hour 8 mins |
| 8. Take the **I-295** exit toward **New Jersey Turnpike/Del Memorial Bridge/NJ-NY** | 0.2 mi | |
| ⬅ 9. Keep **left** at the fork to continue toward **I-295 N** and merge onto **I-295 N**<br>Entering New Jersey | 6.3 mi | 7 mins |

| | | |
|---|---|---|
| 10. | Continue on **New Jersey Turnpike N**<br>Partial toll road | 123 mi<br>2 hours 3 mins |
| 11. | Continue on **I-95 N/US-1 N**<br>Entering New York | 1.7 mi<br>2 mins |
| 12. | Take exit **1C-3** to merge onto **I-87 N** toward **Albany** | 7.6 mi<br>10 mins |
| 13. | Take exit **5** to merge onto **Central Park Ave** toward **RT-100/White Plains** | 1.1 mi<br>3 mins |
| ← 14. | Turn **left** to merge onto **Sprain Brook Pkwy N** | 9.3 mi<br>11 mins |
| 15. | Take the exit toward **RT-100C/RT-100 S/Eastview** | 0.2 mi |
| → 16. | Turn **right** at **Grasslands Rd** | 1.1 mi<br>3 mins |
| ← 17. | Turn **left** at **Legion Dr** | 0.5 mi<br>1 min |
| → 18. | Turn **right** at **Broadway/Columbus Ave**<br>Continue to follow Broadway | 0.1 mi |

 **Valhalla, NY**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2007 NAVTEQ™, Sanborn

from: Washington, District of Columbia, District of Columbia, United States to: center va...    Page 1 of 2

 Maps

Start **Washington, DC**
End **Center Valley, PA**
Travel **179 mi – about 3 hours 24 mins**



📍 **Washington, DC**

Drive: 179 mi – about 3 hours 24 mins

|  |  |  |
|---|---|---|
| 1. Head **north** on **14th St NW/US-1** toward **Madison Dr NW** | 0.2 mi | |
| ➡ 2. Turn **right** at **Constitution Ave NW/US-1** | 0.6 mi | 3 mins |
| ⬅ 3. Turn **left** at **6th St NW/US-1** | 0.8 mi | 4 mins |
| ➡ 4. Turn **right** at **New York Ave NW** Entering Maryland | 4.6 mi | 10 mins |
| ⬅ 5. Take the exit on the **left** toward **Baltimore** | 0.5 mi | |
| 6. Merge onto **MD-295 N** | 29.8 mi | 33 mins |
| 7. Take the exit onto **I-95 N** toward **New York** Partial toll road Entering Delaware | 69.3 mi | 1 hour 10 mins |
| 8. Continue on **I-495 N** | 11.3 mi | 11 mins |
| 9. Merge onto **I-95 N** Entering Pennsylvania | 6.6 mi | 7 mins |

| | | |
|---|---|---|
| 10. Take exit **7** to merge onto **I-476 N** toward **Plymouth Meeting**<br>Partial toll road | 44.7 mi | 45 mins |
| 11. Take exit **44** for **PA-663** toward **Quakertown/Pottstown**<br>Partial toll road | 0.4 mi | 1 min |
| ➡ 12. Keep **right** at the fork to continue toward **John Fries Hwy/PA-663** | 322 ft | |
| ⬅ 13. Keep **left** at the fork, follow signs for **Quakertown/PA-663 N** | 243 ft | |
| ⬅ 14. Turn **left** at **John Fries Hwy/PA-663** | 3.4 mi | 6 mins |
| ⬅ 15. Turn **left** at **NW End Blvd/PA-309**<br>Continue to follow PA-309 | 6.4 mi | 12 mins |
| ⬅ 16. Turn **left** at **Main St/PA-378** | 226 ft | |

**Center Valley, PA**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2007 NAVTEQ™, Sanborn

# EXHIBIT C

REDACTED

----- Original Message -----
From: Schnayer, Jerold <jbschnayer@welshkatz.com>
To: Riesen, Philippe Y.
Sent: Fri Jun 15 17:17:32 2007
Subject: FW: Papst Licensing v Olympus

Dear Phillip,

      Representatives of Papst Licensing would like to meet with you and your client at your law offices in Tokyo, Japan on Thursday, July 19th starting at 14:00 hours. Please let me know in the next day or two if this is acceptable to you and your client.

      Papst Licensing filed a patent infringement lawsuit earlier today against Fujifilm in the Northern District of Illinois concerning the same patents that Papst Licensing is asserting against Olympus. Papst Licensing will be filing additional lawsuits against other infringers in the very near future.  As we previously told you, Papst Licensing's negotiations with your client are time sensitive due to the constraints imposed on us by the lawsuit that Casio filed.

      We look forward to your prompt response to this request for a meeting and we look forward to trying to reach a final resolution of the controversy at our proposed meeting next month.

Jerold B. Schnayer
Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606 USA
Phone (312) 655-1500
Fax (312) 655-1501
e-mail: jbschnayer@welshkatz.com     website: www.welshkatz.com <http://www.welshkatz.com/>

* * * * * * *  CONFIDENTIALITY NOTE  * * * * * * * *

This e-mail transmission contains information which may be confidential or privileged and exempt from disclosure under applicable law.  The information is intended to be for the use of the individual(s) named on the subject line of the e-mail.  If you are not the intended recipient, be aware that any disclosure, copying distribution or use of the contents of this information is without authorization and is prohibited.

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (+1-202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.



To: jbschnayer@welshkatz.com
cc: "Aaron, Gloria R." <GRAaron@HHLAW.com>, "Riesen, Philippe Y."
    <PYRiesen@HHLAW.com>, (bcc: Yoshimitsu Enomoto/jp/olympus)
Subject: FW: Papst-Olympus

"Lubitz, Stuart"
<SLubitz@HHLAW.com>
2007/06/20 11:37

Dear Mr. Schnayer,

Thank you for the e-mail of Friday, June 15, 2007. In such e-mail, you have invited Olympus and me to meet at our law offices in Tokyo on Thursday, July 19th at 14:00 hours. We accept such invitation. Please let us know if there are any new developments in your patent licensing and enforcement program that we should consider prior to such meeting.


Very truly yours,

Philippe Riesen


This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (+1-202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.

# EXHIBIT D

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07cv3401 |
| | ) |
| FUJIFILM Corporation, and | ) |
| FUJIFILM U.S.A., Inc., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a), defendants Fujifilm Corporation ("Fujifilm Japan") and Fujifilm U.S.A., Inc. ("Fujifilm U.S.A.") (collectively, "Fujifilm") hereby move to dismiss the Complaint filed by Papst Licensing GmbH & Co. KG ("Papst Licensing") or, in the alternative, to transfer this action to the United States District Court for the District of Columbia.

As set forth more fully in the accompanying memorandum, the District of Columbia is the presumptive venue, under 35 U.S.C. § 293, for patent actions involving foreign holders of U.S. patents, such as Papst Licensing, that have no registered agent for service of process in the United States. Pursuant to that statutory provision, an action already is pending in the United States District Court for the District of Columbia that involves precisely the same two patents asserted by Papst Licensing before this Court. *Casio, Inc. v. Papst Licensing*, 1:06-cv-01751-GK (USDC DC). Thus, this action is not the "first-filed" action on the patents-in-suit, and for that reason alone it should be transferred or dismissed. *See, e.g., Coleman Co. v. Black & Decker Corp.*, 1996 WL 41484 (N.D. Ill. 1996).

Moreover, on June 21, 2007, Fujifilm filed a declaratory judgment Complaint against Papst Licensing in the District of Columbia on the same two patents-in-suit. While Fujifilm's District of Columbia Complaint is well-pleaded in all respects, the bare three-page Complaint filed by Papst Licensing in this Court is defective on its face. In particular, the handful of substantive paragraphs in the Papst Licensing Complaint do not actually allege infringement of the patents-in-suit by Fujifilm, or even a good-faith belief based on reasonable investigation that such infringement has occurred. Rather, Papst Licensing has merely alleged that it hopes "a reasonable opportunity for further investigation or discovery" will "provide evidentiary support" that Fujifilm has committed acts of infringement or has induced others to do so. Because such paper-thin allegations are susceptible to a motion to dismiss under Rule 12(b)(6), the declaratory judgment Complaint filed by Fujifilm in the District of Columbia should also be given priority over the Papst Licensing Complaint under the "first-to-file" doctrine.

Transfer or dismissal of this action is further supported by the relevant equitable considerations, including the interests of justice and the convenience of the parties and witnesses. A transfer also would avoid the prospect of inconsistency between the rulings of this Court and the Casio court in the District of Columbia on issues of claim construction, invalidity, and unenforceability.

Finally, as indicated above, the Complaint filed by Papst Licensing in this Court is defective and should be dismissed because it fails to allege actual infringing activities by Fujifilm, and therefore fails to state a claim upon which relief may be granted. The Complaint further should be dismissed because it fails to identify any specific Fujifilm products that Papst Licensing alleges infringe the patents-in-suit. Moreover, Papst has failed to plead facts that support personal jurisdiction over Fujifilm, in particular with respect to Fujifilm Japan.

2

For these reasons and on the additional grounds set forth in detail in the attached

memorandum of points and authorities and exhibits filed herewith, Fujifilm moves to dismiss or

transfer this action pursuant to Rules 12 (b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of

Civil Procedure and 28 U.S.C. § 1404(a).


Dated: June 22, 2007                                    Respectfully submitted,

                                                  By:   s/ Matthew J. Gryzlo
                                                        Matthew J. Gryzlo (mgryzlo@mwe.com)
                                                        Brent A. Hawkins (bhawkins@mwe.com)
                                                        McDERMOTT WILL & EMERY LLP
                                                        227 West Monroe Street, Suite 4400
                                                        Chicago, Illinois  60606
                                                        (312) 372-2000
                                                        (312) 984-7700 (facsimile)

                                                        **Counsel for Defendants-Fujifilm
                                                        Corporation, and Fujifilm U.S.A., Inc.**

**Of Counsel:**

HOGAN & HARTSON LLP
Steven J. Routh (Bar No. 376068)
Sten A. Jensen
555 Thirteenth Street, NW
Washington, DC  20004
Telephone: (202) 637-6472
Telecopier: (202) 637-5910
E-Mail: sjrouth@hhlaw.com
sajensen@hhlaw.com

William H. Wright
Robert J. Benson
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4670
Telecopier: (310) 785-4601
E-Mail: whwright@hhlaw.com

John R. Inge
Shinjuku Center Building
46th Floor
25-1 Nishi-Shinjuku 1-Chome
Shinjuku-ku Tokyo, 163-0646
Japan
E-Mail: jringe@hhlaw.com

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2007, the Motion To Dismiss Or, In The Alternative, To Transfer This Action To The United States District Court For The District Of Columbia was electronically filed with the Clerk of Court using the CM/ECF system, and notification of such filing was sent via the CM/ECF system, upon:

Jerold B. Schnayer (jbschnayer @welshkatz.com)
John L. Ambrogi (jambrogi@welshkatz.com)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL  60606
Telephone:  (312) 655-1500
Facsimile:  (312) 655-1501

By: s/ Matthew J. Gryzlo

CHI99 4844431-1.080246.0011

# EXHIBIT E

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MATSUSHITA ELECTRIC INDUSTRIAL
CO., LTD.,
1006, Oaza-Kadoma, Kadoma City,
Osaka, Japan, and

VICTOR COMPANY OF JAPAN, LTD.,          Civil Action No. _____
3-12, Moriya-cho, Kanagawa-ku, Yokohama,
Kanagawa, Japan,

                Plaintiffs,

                v.

PAPST LICENSING GmbH & CO., KG,
Bahnhofstrasse 33
78112 St. Georgen, Germany,

                Defendant.

## COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT
## AND INVALIDITY OF PATENTS AND JURY DEMAND

        Plaintiffs Matsushita Electric Industrial Co., Ltd. ("MEI") and Victor Company of

Japan, Ltd. ("JVC"), bring this action against Papst Licensing GmbH & Co, KG ("Papst

Licensing") for a declaration that MEI's and JVC's products do not infringe two patents

purportedly owned by Papst Licensing, and a declaration that those two patents are invalid.

### Parties

        1.     Plaintiff Matsushita Electric Industrial Co., Ltd. is a Japanese corporation with its

principal place of business at 1006, Oaza-Kadoma, Kadoma City, Osaka, Japan.

        2.     Plaintiff Victor Company of Japan, Limited is a Japanese corporation with its

principal place of business at 3-12, Moriya-cho, Kanagawa-ku, Yokohama, Kanagawa, Japan.

3.     MEI manufactures and sells a wide range of consumer electronics products, including digital cameras sold under the Panasonic label.

4.     JVC manufactures and sells a wide range of consumer electronics products, including digital camcorders.

5.     Upon information and belief, Papst Licensing is a company existing under the laws of The Federal Republic of Germany with its principal place of business at Bahnhofstrasse 33, 78112 St. Georgen, Germany.

6.     Upon information and belief, Papst Licensing does not manufacture or sell any consumer products. Its sole business is to acquire and attempt to license or enforce intellectual property rights.

**Patents-in-Suit**

7.     Papst Licensing has held itself out to be the owner of United States Patent No. 6,470,399 B1 ("the '399 patent"), entitled "Flexible Interface for Communication Between a Host and an Analog I/O Device Connected to the Interface Regardless of the Type of the I/O Device," which issued on October 22, 2002.

8.     Papst Licensing has also held itself out to be the owner of United States Patent No. 6,895,449 B2 ("the '449 patent"), entitled "Flexible Interface for Communication Between a Host and an Analog I/O Device Connected to the Interface Regardless the Type of the I/O Device," which issued on May 17, 2005.

9.     Papst Licensing has prosecuted continuations and divisional applications of the '399 and the '449 patents, including pending application No. 11/078,778.

10.     Papst Licensing has told MEI, along with dozens of other companies, that if MEI does not license the '399 and the '449 patents, Papst Licensing will sue MEI for infringing those

2

patents and subject MEI to costly patent litigation that will cause significant injury to MEI's business and reputation. Papst Licensing has made these threats without conducting an appropriate analysis of MEI's digital camera or other products it accuses of infringement and with knowledge that those products do not infringe the '399 and the '449 patents.

11.     Papst Licensing has specifically accused MEI products of infringing the '399 patent and the '449 patent on several occasions. For example, in a letter dated November 27, 2006, Papst Licensing accused several models of Panasonic digital cameras of infringing both patents. Papst Licensing has repeated its accusations of infringement and threats of litigation during 2006 and 2007, including during meetings with MEI's representatives.

12.     MEI has explained to Papst Licensing in detail on several different occasions why MEI's products do not infringe the '399 patent or the '449 patent, including, without limitation, during meetings in 2006 and 2007.

13.     Notwithstanding the evidence that MEI's products do not infringe the '399 patent or '449 patent, Papst Licensing has continued to demand that MEI pay Papst Licensing royalties for use of the '399 and '449 patents.

14.     MEI has refused to take a license to these patents on the ground that no such license is needed, because MEI's digital camera and other products do not infringe the '399 and '449 patents.

15.     Papst Licensing has also specifically accused JVC products of infringing the '399 patent and the '449 patent on several occasions. For example, in a letter dated December 21, 2006, Papst Licensing accused a JVC digital camcorder of infringing both patents. Papst Licensing has repeated its accusations of infringement and threats of litigation during 2007, including during a meeting with JVC's representatives. Pabst Licensing has made these threats

3

and accusations without conducting an appropriate analysis of JVC's digital camcorders or other products it accuses of infringement.

16.    Papst Licensing has continued to demand that JVC pay Papst Licensing royalties for use of the '399 and '449 patents.

17.    JVC has refused to take a license to these patents on the ground that no such license is needed, because JVC's digital camcorders and other products do not infringe the '399 and '449 patents.

### Jurisdiction and Venue

18.    This action arises under the Declaratory Judgment Act and the patent laws of the United States. See 28 U.S.C. §§ 2201 and 2202; Title 35 U.S.C. §§ 100 et seq.

19.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

20.    This Court has personal jurisdiction over Papst Licensing pursuant to 35 U.S.C. § 293.

21.    Venue in this judicial district is proper under at least 28 U.S.C. § 1391(c) and (d) and 35 U.S.C. § 293.

22.    The '399 and the '449 patents are already being litigated in this District in two other matters. Specifically, Casio, Inc. filed an action against Papst Licensing seeking a declaratory judgment that the '399 and '449 patents are not infringed by Casio products and are invalid. That action is entitled *Casio v. Papst Licensing*, Case No. 1:06-cv-01751-GK. Fujifilm Corporation and Fujifilm U.S.A., Inc. also filed an action in this District seeking a declaratory judgment that the '399 and '449 patents are not infringed by Fujifilm products and are invalid. That action is entitled *Fujifilm Corp. and Fujifilm U.S.A., Inc. v. Papst Licensing GmbH & Co., KG*, Case No. 1:07-cv-01118-GK.

4

23.    An actual and justiciable controversy exists between MEI and JVC, on the one hand, and Papst Licensing, on the other hand, concerning Papst Licensing's claims of infringement of the '399 and the '449 patents and concerning whether those patents are valid.

<u>Count I</u>
**(Declaratory Judgment of non-infringement and invalidity of the '399 patent)**

24.    MEI and JVC reallege and incorporate by reference their allegations in paragraphs 1 through 23 above as if fully set forth herein.

25.    MEI has not directly infringed, contributed to infringement of, or induced infringement of any valid claim of the '399 patent, nor is MEI, either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of the '399 patent.

26.    JVC has not directly infringed, contributed to infringement of, or induced infringement of any valid claim of the '399 patent, nor is JVC, either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of the '399 patent.

27.    The '399 patent is invalid for failing to comply with one or more of the requirements for patentability set forth in Title 35 U.S.C. § 101, *et seq.*, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

28.    An actual and justiciable controversy exists between MEI and JVC, on the one hand, and Papst Licensing, on the other hand, regarding the alleged infringement and validity of the '399 patent by virtue of the allegations made by Papst Licensing that MEI and JVC and/or their customers are or have been infringing the '399 patent.

29.    This case is an exceptional case pursuant to 35 U.S.C. § 285, entitling MEI and JVC to an award of their attorneys' fees.

5

## Count II
### (Declaratory Judgment of non-infringement and invalidity of the '449 patent)

30.    MEI and JVC reallege and incorporate by reference their allegations in paragraphs 1 through 29 above as if fully set forth herein.

31.    MEI has not directly infringed, contributed to infringement of, or induced infringement of any valid claim of the '449 patent, nor is MEI, either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of the '449 patent.

32.    JVC has not directly infringed, contributed to infringement of, or induced infringement of any valid claim of the '449 patent, nor is JVC, either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of the '449 patent.

33.    The '449 patent is invalid for failing to comply with one or more of the requirements for patentability set forth in Title 35 U.S.C. § 101, *et seq.*, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

34.    An actual and justiciable controversy exists between MEI and JVC, on the one hand, and Papst Licensing, on the other, regarding the alleged infringement and validity of the '449 patent by virtue of the allegations made by Papst Licensing that MEI and JVC and/or their customers are or have been infringing the '399 patent.

35.    This case is an exceptional case pursuant to 35 U.S.C. § 285, entitling MEI and JVC to an award of their attorneys' fees.

36.    MEI expressly reserves the right to amend this Complaint to add declaratory judgment counts with respect to any continuation or divisional applications relating to the patents-in-suit that may issue after the date this complaint is filed.

## Prayer for relief

WHEREFORE, MEI prays this Court for the following relief:

1.    A declaration that MEI has not infringed, and is not infringing, the '399 or '449 patents;

2.    A declaration that JVC has not infringed, and is not infringing, the '399 or '449 patents;

3.    A declaration that MEI has not infringed, and is not infringing, any of the claims of any continuation or divisional application relating to the patents-in-suit that may hereafter issue;

4.    A declaration that JVC has not infringed, and is not infringing, any of the claims of any continuation or divisional application relating to the patents-in-suit that may hereafter issue;

5.    A declaration that each of the claims of the '399 and '449 patents is invalid;

6.    An injunction prohibiting Papst Licensing from alleging infringement of the '399 and '449 patents by MEI and its customers;

7.    An injunction prohibiting Papst Licensing from alleging infringement of the '399 and '449 patents by JVC and its customers;

8.    An award of damages that MEI and JVC have sustained;

9.    A declaration that this case is exceptional under 35 U.S.C. § 285, and MEI and JVC should be awarded their reasonable attorney fees and costs incurred in connection with this action; and

10.    Such other further relief as the Court deems just and proper.

## Jury Demand

Plaintiffs MEI and JVC demand a jury trial on all issues so triable.

Dated: July 6, 2007

HOGAN & HARTSON LLP

/s/  Adam K. Levin
Adam K. Levin (D.C. Bar No. 460362)
555 Thirteenth Street, NW
Washington, DC  20004
Telephone: (202) 637-6846
Telecopier: (202) 637-5910
E-Mail: aklevin@hhlaw.com

Of counsel:

Richard de Bodo  (Ca. Bar No. 128199)
Rachel M. Capoccia (Ca. Bar No. 187160)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4694
Telecopier: (310) 785-4601
E-Mail: rdebodo@hhlaw.com
          rmcapoccia@hhlaw.com


ATTORNEYS FOR PLAINTIFFS
MATSUSHITA ELECTRIC INDUSTRIAL CO.,
LTD. AND VICTOR COMPANY OF JAPAN,
LTD.

8

# EXHIBIT F

# WELSH & KATZ, LTD.

*Attorneys at Law*

120 SOUTH RIVERSIDE PLAZA - 22ND FLOOR
CHICAGO, ILLINOIS 60606-3912

TELEPHONE (312) 655-1500
FACSIMILE (312) 655-1501

**www.welshkatz.com**

**Jerold B. Schnayer**
jbschnayer@welshkatz.com
Direct Dial (312) 526-1540

August 6, 2007

**VIA EMAIL (rmcapoccia@hhlaw.com)**
Rachel M. Capoccia, Esq.
Hogan & Hartson LLP
1999 Avenue of the Stars
Wuite 1400
Los Angeles, CA 90067

Re:    Matsushita Electric Industrial Co., Ltd., et al. v. Papst Licensing GmbH & Co., KG
       Our File No. 0757-97351

Dear Ms. Capoccia:

This is in response to your letter dated August 2, 2007, and to the Summons which was personally

served by hand delivery on me in Chicago on August 3, 2007. In your letter you state,

"I have attached a copy of the amended complaint hereto, and we will serve this complaint
as you have directed."

Your statement is not accurate. I only agreed to accept service of process if the lawsuit was filed

in the District Court in Chicago, Illinois, not for the lawsuit filed in the District of Columbia. For this

reason, your attempt to serve a summons on me for the DC action is ineffective.

Papst Licensing requests that you immediately withdraw the lawsuit that you filed in the District

of Columbia against Papst Licensing. We also request that you agree in writing that you will not assert in

the lawsuit in Washington, DC that your service on me was effective. If you do not take these steps

immediately and we are forced to file a motion to dismiss for improper service and/or lack of jurisdiction,

we will seek fees against your clients.

Rachel M. Capoccia, Esq.
August 6, 2007
Page 2

If you have any questions about this matter, please contact us.

Sincerely,

WELSH & KATZ, LTD.

By: Jerold B. Schnayer, Esq.

JBS:cs
cc:     Papst Licensing GmbH & Co. KG

# EXHIBIT G

CASREF, JURY, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01751-GK-DAR

CASIO INC v. PAPST LICENSING GMBH & CO. KG                    Date Filed: 10/16/2006
Assigned to: Judge Gladys Kessler                                            Jury Demand: Plaintiff
Referred to: Magistrate Judge Deborah A. Robinson              Nature of Suit: 830 Patent
  Cases: 1:07-cv-01222-GK                                          Jurisdiction: Federal Question
          1:07-cv-01118-GK
Cause: 28:2201 Declaratory Judgement

**Plaintiff**

**CASIO INC**                               represented by  **J. Kevin Fee**
                                                           MORGAN, LEWIS & BOCKIUS,
                                                           L.L.P.
                                                           1111 Pennsylavania Avenue, NW
                                                           Washington, DC 20004-2541
                                                           (202) 739-5353
                                                           Fax: (202) 239-3001
                                                           Email: jkfee@morganlewis.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeffrey M. Gold**
                                                           MORGAN, LEWIS & BOCKIUS LLP
                                                           101 Park Avenue
                                                           New York, NY 10178
                                                           (212) 309-6000
                                                           Email: jgold@morganlewis.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott D. Stimpson**
                                                           THE LAW OFFICE OF SCOTT D.
                                                           STIMPSON
                                                           445 Hamilton Avenue
                                                           Suite 1102
                                                           White Plains, NY 10601
                                                           (203) 258-8412
                                                           Email: stimpsonlaw@gmail.com
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PAPST LICENSING GMBH & CO.**              represented by  **Campbell Killefer**
**KG**                                                      VENABLE LLP

District of Columbia live database - Docket Report

575 Seventh Street, NW
Washington, DC 20004
(202) 344-8196
Fax: 202-344-8300
Email: ckillefer@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerold B. Schnayer**
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655-1500
Fax: (312) 655-1501
*ATTORNEY TO BE NOTICED*

**Joseph E. Cwik**
WELSH & KATZ, LTD
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655-1500
Fax: (312) 655-1501
Email: jecwik@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Richard W. McLaren, Jr.**
WELSH & KATZ, LTD
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606-3912
(312) 655-1500
Fax: (312) 655-1501
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**CASIO COMPUTER CO., LTD.**                 represented by **J. Kevin Fee**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Jeffrey M. Gold**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**PAPST LICENSING GMBH & CO.**               represented by **Campbell Killefer**
**KG**                                       (See above for address)
                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jerold B. Schnayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph E. Cwik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard W. McLaren, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**CASIO INC**                    represented by **J. Kevin Fee**
                                 (See above for address)
                                 *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*

                                 **Jeffrey M. Gold**
                                 (See above for address)
                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 07/19/2007 | 78 | ORDER by Magistrate Judge Deborah A. Robinson on 7/19/2007: all pending motions relating to discovery (Document Nos.47, 48, 49, 52, 54, 55 and 63) are stayed pending the decision of the MDL Panel; Further ordered that the motion hearing scheduled on July 23, 2007 is vacated and that Defendant's Motion to Continue the July 23, 2007 Motion Hearing (Document No. 70) is Denied as moot. Modified on 7/20/2007 (EW). (Entered: 07/19/2007) |
| 07/17/2007 | 77 | ORDER granting 69 Defendant Papst's Motion to Stay; granting 71 Defendant Papst's Motion to Expedite; Papst's request for a Status Conference on July 23, 2007 is denied. Signed by Judge Gladys Kessler on 7/17/07. (CL, ) (Entered: 07/17/2007) |
| 07/17/2007 |  | MOTIONS [55] MOTION to Stay, 54 MOTION to Bifurcate *Damages and Willfulness*, 70 MOTION to Continue *Magistrate Judge Robinson's July 23, 2007 Motion Hearing* REFERRED to Judge Magistrate Judge Robinson. (jeb, ) (Entered: 07/17/2007) |
| 07/17/2007 |  | Set Deadline:No later than 7/18/07 @ 4:00 p.m. Papst shall file its Reply to Casio's Opposition to Papst's Motion to Continue the July 23, 2007 Motion's Hearing. (EW) (Entered: 07/17/2007) |
|  |  |  |

| 07/17/2007 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 7/17/07 Granting 71 MOTION to Expedite Motion to Continue the July 23, 2007 Discovery Motion Hearing Before Magistrate Judge Robinson. (EW) (Entered: 07/17/2007) |
|---|---|---|
| 07/16/2007 | 76 | REPLY to opposition to motion re 54 MOTION to Bifurcate *Damages and Willfulness* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Affidavit of Jeffrey M. Gold, Esq.# 2 Exhibit A)(Fee, J.) (Entered: 07/16/2007) |
| 07/16/2007 | 75 | REPLY to opposition to motion re 49 MOTION for Protective Order filed by PAPST LICENSING GMBH & CO. KG. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Cwik, Joseph) (Entered: 07/16/2007) |
| 07/16/2007 | 74 | REPLY to opposition to motion re 52 MOTION to Compel *the Production of Documents* filed by PAPST LICENSING GMBH & CO. KG. (Cwik, Joseph) (Entered: 07/16/2007) |
| 07/16/2007 | 73 | Memorandum in opposition to re 71 MOTION to Expedite *Consideration of its Motion to StayProceedings and of its Motion to Continue the July 23, 2007 Discovery Motion Hearing Before Magistrate Judge Robinson* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Fee, J.) (Entered: 07/16/2007) |
| 07/16/2007 | 72 | Memorandum in opposition to re 70 MOTION to Continue *Magistrate Judge Robinson's July 23, 2007 Motion Hearing* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Fee, J.) (Entered: 07/16/2007) |
| 07/13/2007 | 71 | MOTION to Expedite *Consideration of its Motion to StayProceedings and of its Motion to Continue the July 23, 2007 Discovery Motion Hearing Before Magistrate Judge Robinson* by PAPST LICENSING GMBH & CO. KG (Killefer, Campbell) (Entered: 07/13/2007) |
| 07/13/2007 | 70 | MOTION to Continue *Magistrate Judge Robinson's July 23, 2007 Motion Hearing* by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Exhibit A# 2 Exhibit b# 3 Text of Proposed Order Granting Motion to Continue Magistrate Judge Robinson's July 23, 2007 Motion Hearing)(Killefer, Campbell) (Entered: 07/13/2007) |
| 07/13/2007 | 69 | MOTION to Stay *Proceedings Pending a Consolidation Determination by the MDL Panel and Request for a Status Conference* by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Papst's Memorandum in Support of Its Motion to Stay Proceedings# 2 Exhibit 1# 3 Text of Proposed Order Granting Motion)(Killefer, Campbell) (Entered: 07/13/2007) |
| 07/12/2007 | | MINUTE ORDER granting 68 Defendant's Motion for Leave of Richard W. McLaren to Appear Pro Hac Vice on behalf of Defendant. Signed by Judge Gladys Kessler on 7/12/07. (CS, ) (Entered: 07/12/2007) |
| 07/11/2007 | 68 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Richard W. McLaren, Jr., :Firm- Welsh & Katz, Ltd., :Address- 120 S. Riverside |

| | | |
|---|---|---|
| | | Plaza, 22nd Floor, Chicago, Illinois 60606. Phone No. - 312-655-1500. Fax No. - 312-655-1501 by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Text of Proposed Order Granting Admission Pro Hac Vice)(Killefer, Campbell) (Entered: 07/11/2007) |
| 07/10/2007 | 79 | NOTICE by PAPST LICENSING GMBH & CO. KG of Motion for transfer to single District for consolidated and coordinated pre-trial proceedings filed with the Judicial Panel on Multidistrict Litigation. (ks, ) Additional attachment(s) added on 8/6/2007 (tg, ). (Entered: 08/03/2007) |
| 07/10/2007 | 67 | REPLY to opposition to motion re 48 MOTION for Sanctions MOTION to Strike *Papst's Discovery Requests* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Declaration of Jeffrey M. Gold# 2 Exhibit A# 3 Exhibit B)(Gold, Jeffrey) (Entered: 07/10/2007) |
| 07/10/2007 | 66 | REPLY to opposition to motion re 47 MOTION for Sanctions *under Fed.R.Civ.P Rule 37* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Declaration of Jeffrey M. Gold# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Gold, Jeffrey) (Entered: 07/10/2007) |
| 07/10/2007 | 65 | NOTICE *To The Court of MDL Filing* by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Exhibit 1)(Killefer, Campbell) (Entered: 07/10/2007) |
| 07/10/2007 | 64 | ERRATA *Proposed Order* by PAPST LICENSING GMBH & CO. KG 63 MOTION to Compel *Interrogatory Answers* filed by PAPST LICENSING GMBH & CO. KG. (Killefer, Campbell) (Entered: 07/10/2007) |
| 07/10/2007 | 63 | MOTION to Compel *Interrogatory Answers* by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Killefer, Campbell) (Entered: 07/10/2007) |
| 07/09/2007 | 62 | Memorandum in opposition to re 54 MOTION to Bifurcate *Damages and Willfulness* filed by PAPST LICENSING GMBH & CO. KG. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Text of Proposed Order Denying Casio Motion for Separate Trial and a Stay of Discovery as to Damages and Willfulness)(Killefer, Campbell) (Entered: 07/09/2007) |
| 07/09/2007 | 61 | AFFIDAVIT re 60 Memorandum in Opposition *of J. Kevin Fee* by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Fee, J.) (Entered: 07/09/2007) |
| 07/09/2007 | 60 | Memorandum in opposition to re 52 MOTION to Compel *the Production of Documents* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Fee, J.) (Entered: 07/09/2007) |
| 07/09/2007 | 59 | AFFIDAVIT re 58 Memorandum in Opposition *of J. Kevin Fee* by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Fee, J.) (Entered: 07/09/2007) |

District of Columbia live database - Docket Report                    Page 6 of 13

| 07/09/2007 | <u>58</u> | Memorandum in opposition to re <u>49</u> MOTION for Protective Order filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # <u>1</u> Text of Proposed Order)(Fee, J.) (Entered: 07/09/2007) |
|---|---|---|
| 07/05/2007 | | Set/Reset Hearings: Motion Hearing set for 7/23/2007 03:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (CM) (Entered: 07/05/2007) |
| 07/03/2007 | <u>57</u> | Memorandum in opposition to re <u>48</u> MOTION for Sanctions MOTION to Strike *Papst's Discovery Requests* filed by PAPST LICENSING GMBH & CO. KG. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Exhibit E# <u>6</u> Exhibit F# <u>7</u> Exhibit G# <u>8</u> Exhibit H# <u>9</u> Exhibit I# <u>10</u> Exhibit J# <u>11</u> Exhibit K# <u>12</u> Exhibit L# <u>13</u> Exhibit M# <u>14</u> Exhibit N# <u>15</u> Text of Proposed Order Denying Motion of Casio Inc. and Casio Computer Co., Ltd. to Strike Papst's Discovery Requests and For Sanctions)(Killefer, Campbell) (Entered: 07/03/2007) |
| 07/02/2007 | <u>56</u> | Memorandum in opposition to re <u>47</u> MOTION for Sanctions *under Fed.R.Civ.P Rule 37* filed by PAPST LICENSING GMBH & CO. KG. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Text of Proposed Order Denying Casio's Motion for Rule 37 Sanctions for Papst's Non-Compliance with this Court's Orders)(Killefer, Campbell) (Entered: 07/02/2007) |
| 06/27/2007 | 55 | MOTION to Stay Discovery by CASIO INC, CASIO COMPUTER CO., LTD. (See Docket Entry <u>54</u> to view document). (nmw, ) (Entered: 06/28/2007) |
| 06/27/2007 | <u>54</u> | MOTION to Bifurcate *Damages and Willfulness* by CASIO INC, CASIO COMPUTER CO., LTD. (Attachments: # <u>1</u> Text of Proposed Order # <u>2</u> Memorandum in Support# <u>3</u> Declaration of Jeffrey M. Gold# <u>4</u> Exhibit A# <u>5</u> Exhibit B# <u>6</u> Exhibit C# <u>7</u> Exhibit D# <u>8</u> Exhibit E# <u>9</u> Exhibit F# <u>10</u> Exhibit G)(Gold, Jeffrey) (Entered: 06/27/2007) |
| 06/27/2007 | <u>53</u> | SUPPLEMENTAL MEMORANDUM to re <u>45</u> Memorandum in Opposition, filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Gold, Jeffrey) (Entered: 06/27/2007) |
| 06/27/2007 | <u>52</u> | MOTION to Compel *the Production of Documents* by PAPST LICENSING GMBH & CO. KG (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C-1# <u>4</u> Exhibit C-2# <u>5</u> Exhibit C-3# <u>6</u> Exhibit D-1# <u>7</u> Exhibit D-2# <u>8</u> Exhibit D-3# <u>9</u> Exhibit E# <u>10</u> Exhibit F# <u>11</u> Exhibit G# <u>12</u> Exhibit H# <u>13</u> Text of Proposed Order)(Cwik, Joseph) (Entered: 06/27/2007) |
| 06/27/2007 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 6/27/07 denying for the reasons offered by Plaintiff in its opposition <u>35</u> Motion for Clarification. (EW) (Entered: 06/27/2007) |
| 06/27/2007 | <u>51</u> | REPLY to opposition to motion re <u>43</u> Amended MOTION for Reconsideration *and Objections to U.S. Magistrate Robinson's May 31, 2007 Order* filed by PAPST LICENSING GMBH & CO. KG. (Attachments: # <u>1</u> Exhibit A)(Cwik, Joseph) (Entered: 06/27/2007) |

District of Columbia live database - Docket Report

| 06/27/2007 | | Set/Reset Hearing: Hearing on Motion #47 & #48 set for Thursday, 7/19/2007 @ 03:00 PM in Courtroom 4-2nd Floor, E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 06/27/2007) |
| --- | --- | --- |
| 06/27/2007 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 6/27/07 granting 38 Unopposed Motion for Extension of Time to Produce Additional Documents. (EW) (Entered: 06/27/2007) |
| 06/26/2007 | 50 | MEMORANDUM re 49 MOTION for Protective Order filed by PAPST LICENSING GMBH & CO. KG by PAPST LICENSING GMBH & CO. KG. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Text of Proposed Order Granting Papst's Motion for Entry of Protective Order)(Killefer, Campbell) (Entered: 06/26/2007) |
| 06/26/2007 | 49 | MOTION for Protective Order by PAPST LICENSING GMBH & CO. KG (Killefer, Campbell) (Entered: 06/26/2007) |
| 06/22/2007 | 48 | MOTION for Sanctions, MOTION to Strike *Papst's Discovery Requests* by CASIO INC, CASIO COMPUTER CO., LTD. (Attachments: # 1 Text of Proposed Order # 2 Memorandum in Support of Motion# 3 Declaration of Jeffrey M. Gold# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E)(Gold, Jeffrey) (Entered: 06/22/2007) |
| 06/21/2007 | 47 | MOTION for Sanctions *under Fed.R.Civ.P Rule 37* by CASIO INC, CASIO COMPUTER CO., LTD. (Attachments: # 1 Text of Proposed Order # 2 Supporting Memorandum# 3 Declaration of Jeffrey M. Gold# 4 Exhibit A# 5 Exhibit B)(Gold, Jeffrey) (Entered: 06/21/2007) |
| 06/20/2007 | 46 | AFFIDAVIT re 45 Memorandum in Opposition, *Declaration of Jeffrey M. Gold,* by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G# 8 Exhibit Exhibit H# 9 Exhibit Exhibit I)(Gold, Jeffrey) (Entered: 06/20/2007) |
| 06/20/2007 | 45 | Memorandum in opposition to re 43 Amended MOTION for Reconsideration *and Objections to U.S. Magistrate Robinson's May 31, 2007 Order* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Gold, Jeffrey) (Entered: 06/20/2007) |
| 06/14/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 42 MOTION for Reconsideration *and Objections to U.S. Magistrate Judge Robinson's May 31, 2007 Order* was entered in error and was refiled with corrected document.See Docket entry 43 to view document. (jf, ) (Entered: 06/14/2007) |
| 06/14/2007 | 43 | Amended MOTION for Reconsideration *and Objections to U.S. Magistrate Robinson's May 31, 2007 Order* by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Text of Proposed Order)(Cwik, Joseph) (Entered: 06/14/2007) |

| 06/14/2007 | 42 | ENTERED IN ERROR.....MOTION for Reconsideration *and Objections to U.S. Magistrate Judge Robinson's May 31, 2007 Order* by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Text of Proposed Order)(Cwik, Joseph) Modified on 6/14/2007 (jf, ). (Entered: 06/14/2007) |
| --- | --- | --- |
| 06/08/2007 | 41 | RESPONSE to *Papst's 38 Request for Extension* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Gold, Jeffrey) Modified on 6/11/2007 (tg, ). (Entered: 06/08/2007) |
| 06/08/2007 | 40 | REPLY to opposition to motion re 35 MOTION Clarification of Magistrate Judge Robinson's May 31, 2007 Order *Request for Clarification of Magistrate Judge Robinson's May 31, 2007 Order* filed by PAPST LICENSING GMBH & CO. KG. (Killefer, Campbell) (Entered: 06/08/2007) |
| 06/08/2007 | 39 | SUPPLEMENTAL MEMORANDUM to re 38 MOTION for Extension of Time to *Produce Additional Documents* filed by PAPST LICENSING GMBH & CO. KG. (Killefer, Campbell) (Entered: 06/08/2007) |
| 06/08/2007 | 38 | MOTION for Extension of Time to *Produce Additional Documents* by PAPST LICENSING GMBH & CO. KG (Attachments: # 1 Exhibit A# 2 Text of Proposed Order Proposed Order on Papst Licensing's Motion for Extension of Time to Produce Additional Documents)(Killefer, Campbell) (Entered: 06/08/2007) |
| 06/07/2007 | 37 | Memorandum in opposition to re 35 MOTION Clarification of Magistrate Judge Robinson's May 31, 2007 Order *Request for Clarification of Magistrate Judge Robinson's May 31, 2007 Order* filed by CASIO INC, CASIO COMPUTER CO., LTD.. (Attachments: # 1 Text of Proposed Order)(Gold, Jeffrey) (Entered: 06/07/2007) |
| 06/06/2007 | 36 | TRANSCRIPT of Proceedings held on May 31, 2007 Motions Hearing before Judge Deborah A. Robinson. Court Reporter: Pro-Typists, Inc. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (tg, ) (Entered: 06/07/2007) |
| 06/06/2007 | 35 | MOTION Clarification of Magistrate Judge Robinson's May 31, 2007 Order *Request for Clarification of Magistrate Judge Robinson's May 31, 2007 Order* by PAPST LICENSING GMBH & CO. KGMotions referred to Deborah A. Robinson. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit B# 3 Text of Proposed Order Proposed Order)(Killefer, Campbell) (Entered: 06/06/2007) |
| 05/31/2007 | | Minute Entry. Proceedings held before Magistrate Judge Deborah A. Robinson : Motion Hearing held on 5/31/2007 re [24] MOTION for Sanctions filed by CASIO INC and 22 MOTION to Compel Discovery and for Sanctions is granted for reasons set forth on the record. (Court Reporter Pro-typists.) (lm ) (Entered: 06/01/2007) |
| 05/16/2007 | | Set/Reset Hearings: Motions Hearing set for 5/31/2007 02:00 PM in |

| | | |
|---|---|---|
| | | Courtroom 4 before Magistrate Judge Deborah A. Robinson. (CM) (Entered: 05/16/2007) |
| 05/14/2007 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for discovery disputes. (jeb, ) (Entered: 05/16/2007) |
| 05/14/2007 | | Set/Reset Scheduling Order Deadlines: Rule 26(a)(1) disclosures due by June 4, 2007. Exchange witness lists by June 15, 2007. Deadline for written discovery requests is July 1, 2007. Plaintiff's Rule 26(a)(2) Statement due by February 15, 2008. Defendant's Rule 26(a)(2) Statement due by March 17, 2008. Fact discovery closes on December 11, 2007. Expert discovery closes on June 16, 2008. Deposition of experts to begin by March 18, 2008. This case is referred to Magistrate Judge Deborah Robinson for all discovery disputes, including the pending Motion to Compel. A further status conference is set for December 4, 2007 at 10:00 a.m.; Counsel shall file a Joint Praecipe by November 30, 2007, informing the Court about the status of discovery (CS, ) (Entered: 05/14/2007) |
| 05/14/2007 | 34 | SCHEDULING ORDER: Rule 26(a)(1) disclosures due by June 4, 2007. Exchange witness lists by June 15, 2007. Deadline for written discovery requests is July 1, 2007. Plaintiff's Rule 26(a)(2) Statement due by February 15, 2008. Defendant's Rule 26(a)(2) Statement due by March 17, 2008. Fact discovery closes on December 11, 2007. Expert discovery closes on June 16, 2008. Deposition of experts to begin by March 18, 2008. This case is referred to Magistrate Judge Deborah Robinson for all discovery disputes, including the pending Motion to Compel. A further status conference is set for December 4, 2007 at 10:00 a.m.; Counsel shall file a Joint Praecipe by November 30, 2007, informing the Court about the status of discovery. Signed by Judge Gladys Kessler on 5/14/07. (CS, ) (Entered: 05/14/2007) |
| 05/14/2007 | | Minute Entry. Proceedings held before Judge Gladys Kessler: Initial Scheduling Conference held on 5/14/2007. Scheduling Order entered. Status Conference set for 12/4/2007 at 10:00 AM in Courtroom 26A before Judge Gladys Kessler. Case referred to Magistrate Judge Deborah Robinson for discovery disputes.(Court Reporter Susan Tyner.) (tth,) (Entered: 05/14/2007) |
| 05/10/2007 | 33 | Civil Statement *Brief Statement of the Case* from Casio Inc. and Casio Computer Co.. (Gold, Jeffrey) (Entered: 05/10/2007) |
| 05/10/2007 | 32 | Civil Statement *Brief Statement of the Case* from Defendant/Counter-Plaintiff. (Killefer, Campbell) (Entered: 05/10/2007) |
| 05/08/2007 | 31 | ERRATA *Replacement Exhibit A* by CASIO INC, CASIO COMPUTER CO., LTD. 29 Additional Attachment, filed by CASIO INC. (Gold, Jeffrey) (Entered: 05/08/2007) |
| 05/08/2007 | 30 | ADDITIONAL ATTACHMENT *Joint Proposed Scheduling Order* by CASIO INC, CASIO COMPUTER CO., LTD. 28 Meet and Confer Statement. (Gold, Jeffrey) (Entered: 05/08/2007) |
| | | |

| | | |
|---|---|---|
| 05/08/2007 | 29 | ADDITIONAL ATTACHMENT *Exhibit A* by CASIO INC 28 Meet and Confer Statement. (Gold, Jeffrey) (Entered: 05/08/2007) |
| 05/07/2007 | 28 | MEET AND CONFER STATEMENT. (Attachments: # 1 Papst's signature page# 2 Casio's supplement and signature)(Gold, Jeffrey) (Entered: 05/07/2007) |
| 05/07/2007 | 27 | REPLY to opposition to motion re [24] MOTION for Sanctions, 22 MOTION to Compel *Discovery and for Sanctions* filed by CASIO INC. (Gold, Jeffrey) (Entered: 05/07/2007) |
| 05/02/2007 | 26 | NOTICE of Change of Address by J. Kevin Fee (Fee, J.) (Entered: 05/02/2007) |
| 05/01/2007 | 25 | Memorandum in opposition to re 22 MOTION to Compel *Discovery and for Sanctions* filed by PAPST LICENSING GMBH & CO. KG. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Killefer, Campbell) (Entered: 05/01/2007) |
| 04/20/2007 | 24 | MOTION for Sanctions by CASIO INC (tg, )(Please see Document No. 22 for scanned image). (Entered: 04/23/2007) |
| 04/20/2007 | 23 | MEMORANDUM re 22 MOTION to Compel *Discovery and for Sanctions* filed by CASIO INC by CASIO INC. (Gold, Jeffrey) (Entered: 04/20/2007) |
| 04/20/2007 | 22 | MOTION to Compel *Discovery and for Sanctions* by CASIO INC (Attachments: # 1 Affidavit Declaration of Jeffrey M. Gold# 2 Exhibit Exh. A to Declaration of Jeffrey M. Gold# 3 Exhibit Exh. B to Declaration of Jeffrey M. Gold# 4 Exhibit Exh. C to Declaration of Jeffrey M. Gold# 5 Exhibit Exh. D to Declaration of Jeffrey M. Gold# 6 Exhibit Exh. E to Declaration of Jeffrey M. Gold# 7 Exhibit Exh. F to Declaration of Jeffrey M. Gold# 8 Exhibit Exh. G to Declaration of Jeffrey M. Gold# 9 Exhibit Exh. H to Declaration of Jeffrey M. Gold# 10 Exhibit Exh. I to Declaration of Jeffrey M. Gold# 11 Exhibit Exh. J to Declaration of Jeffrey M. Gold# 12 Exhibit Exh. K to Declaration of Jeffrey M. Gold# 13 Exhibit Exh. L to Declaration of Jeffrey M. Gold# 14 Exhibit Exh. M to Declaration of Jeffrey M. Gold# 15 Exhibit Exh. N to Declaration of Jeffrey M. Gold# 16 Exhibit Exh. O to Declaration of Jeffrey M. Gold# 17 Exhibit Exh. P to Declaration of Jeffrey M. Gold) (Gold, Jeffrey) (Entered: 04/20/2007) |
| 04/16/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 19 LCvR 7.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests was entered in error due to a document uploading mistake. Counsel refiled said pleading under Docket Number 21. (tg, ) (Entered: 04/16/2007) |
| 04/13/2007 | 21 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CASIO COMPUTER CO., LTD. (Fee, J.) (Entered: 04/13/2007) |
| 04/13/2007 | 20 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations |

| | | and Financial Interests by CASIO INC (Fee, J.) (Entered: 04/13/2007) |
|---|---|---|
| 04/13/2007 | 19 | ENTERED IN ERROR.....LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CASIO COMPUTER CO., LTD. (Fee, J.) Modified on 4/16/2007 (tg, ). (Entered: 04/13/2007) |
| 04/02/2007 | 18 | ANSWER to Counterclaim by CASIO COMPUTER CO., LTD.. Related document: 4 Answer to Complaint, Counterclaim filed by PAPST LICENSING GMBH & CO. KG.(Fee, J.) (Entered: 04/02/2007) |
| 04/02/2007 | 17 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CASIO COMPUTER CO., LTD. (Fee, J.) (Entered: 04/02/2007) |
| 03/13/2007 | | Set/Reset Hearings: Initial Scheduling Conference set for 5/14/2007 10:15 AM in Courtroom 26A before Judge Gladys Kessler. (CS, ) (Entered: 03/13/2007) |
| 03/13/2007 | 16 | ORDER granting 1215 the Motions to Continue; the Initial Scheduling Conference is hereby continued until May 14, 2007 at 10:15 a.m.; no further continuances will be granted; discovery between Plaintiff and Defendant is to proceed. Signed by Judge Gladys Kessler on 3/13/07. (CS, ) (Entered: 03/13/2007) |
| 03/13/2007 | 15 | Amended MOTION to Continue *The March 20, 2007 Initial Status Conference* by PAPST LICENSING GMBH & CO. KG (Killefer, Campbell) (Entered: 03/13/2007) |
| 03/09/2007 | 14 | REPLY to opposition to motion re 12 MOTION to Continue *The March 20, 2007 Initial Status Conference Reply Brief in Support of Papst Licensing's Motion to Continue the March 20, 2007 Initial Status Conference* filed by PAPST LICENSING GMBH & CO. KG. (Attachments: # 1)(Killefer, Campbell) (Entered: 03/09/2007) |
| 03/07/2007 | 13 | Memorandum in opposition to re 12 MOTION to Continue *The March 20, 2007 Initial Status Conference* filed by CASIO INC. (Gold, Jeffrey) (Entered: 03/07/2007) |
| 03/06/2007 | 12 | MOTION to Continue *The March 20, 2007 Initial Status Conference* by PAPST LICENSING GMBH & CO. KG. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Killefer, Campbell) (Entered: 03/06/2007) |
| 01/29/2007 | | AMENDED Set/Reset Hearings: Initial Conference set for 3/20/2007 10:00 AM in Courtroom 26A before Judge Gladys Kessler. (CS, ) (Entered: 01/29/2007) |
| 01/29/2007 | | Set/Reset Hearings: Initial Scheduling Conference set for 1/29/2007 10:00 AM in Courtroom 26A before Judge Gladys Kessler. (CS, ) (Entered: 01/29/2007) |
| 01/29/2007 | | MINUTE ORDER granting 10 Motion to Continue the Initial Status Conference; the Initial Status Conference is hereby rescheduled for March 20, 2007 at 10:00 a.m. Signed by Judge Gladys Kessler on 1/29/07. (CS, ) (Entered: 01/29/2007) |

District of Columbia live database - Docket Report                    Page 12 of 13

| 01/25/2007 | 11 | *Casio Inc.'s* ANSWER to Counterclaim by CASIO INC.(Fee, J.) (Entered: 01/25/2007) |
|---|---|---|
| 01/24/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 9 Unopposed MOTION to Continue *THE FEBRUARY 1, 2007 INITIAL STATUS CONFERENCE* was entered in error. Counsel refiled said pleading under docket number 10. (tg, ) (Entered: 01/24/2007) |
| 01/24/2007 | | Summons(1) Issued as to CASIO COMPUTER CO., LTD.. (mmh, ) (Entered: 01/24/2007) |
| 01/23/2007 | 10 | Unopposed MOTION to Continue *THE FEBRUARY 1, 2007 INITIAL STATUS CONFERENCE* by PAPST LICENSING GMBH & CO. KG. (Attachments: # 1 Text of Proposed Order PROPOSED ORDER) (Killefer, Campbell) (Entered: 01/23/2007) |
| 01/23/2007 | 9 | ENTERED IN ERROR.....Unopposed MOTION to Continue *THE FEBRUARY 1, 2007 INITIAL STATUS CONFERENCE* by PAPST LICENSING GMBH & CO. KG. (Killefer, Campbell) Modified on 1/24/2007 (tg, ). (Entered: 01/23/2007) |
| 01/04/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 5 Certificate of Counsel was entered in error. The document was filed under the wrong ECF event. Counsel was instructed to refile said pleading. (tg, ) (Entered: 01/04/2007) |
| 01/03/2007 | | Set/Reset Hearings: Initial Conference set for 2/1/2007 09:45 AM in Courtroom 26A before Judge Gladys Kessler. (CS, ) (Entered: 01/03/2007) |
| 01/03/2007 | 8 | ORDER setting an Initial Scheduling Conference for February 1, 2007 at 9:45 a.m . Signed by Judge Gladys Kessler on 1/3/07. (CS, ) (Entered: 01/03/2007) |
| 01/03/2007 | | MINUTE ORDER granting 6 Defendant's Motion for Leave of Jerold B. Schnayer to Appear Pro Hac Vice . Signed by Judge Gladys Kessler on 1/3/07. (CS, ) (Entered: 01/03/2007) |
| 01/03/2007 | | MINUTE ORDER granting 7 Defendant's Motion for Leave of Joseph E. Cwik to Appear Pro Hac Vice . Signed by Judge Gladys Kessler on 1/3/07. (CS, ) (Entered: 01/03/2007) |
| 01/03/2007 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Joseph E. Cwik. :Address- Welsh & Katz, LTD., 120 South Riverside Plaza, 22nd Floor, Chicago, IL 60606. Phone No. - (312) 655-1500. Fax No. - (312) 655-1501 by PAPST LICENSING GMBH & CO. KG. (Killefer, Campbell) (Entered: 01/03/2007) |
| 01/03/2007 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jerold B. Schnayer. :Address- Welsh & Katz, Ltd, 120 South Riverside Plaza, 22nd Floor, Chicago, IL 60606. Phone No. - (312) 655-1500. Fax No. - (312) 655-1501 by PAPST LICENSING GMBH & CO. KG. (Killefer, Campbell) (Entered: 01/03/2007) |

| 01/03/2007 | 5 | ENTERED IN ERROR.....CERTIFICATE of Counsel - *Papst Licensing's LCvR 7.1* by Campbell Killefer on behalf of PAPST LICENSING GMBH & CO. KG (Killefer, Campbell) Modified on 1/4/2007 (tg, ). (Entered: 01/03/2007) |
|---|---|---|
| 01/03/2007 | 4 | *Papst Licensing GmbH & Co. KG's* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against CASIO INC by PAPST LICENSING GMBH & CO. KG. Related document: 1 Complaint filed by CASIO INC,.(Killefer, Campbell) (Entered: 01/03/2007) |
| 11/21/2006 | | SUMMONS (1) REISSUED as to PAPST LICENSING GMBH & CO. KG (tg, ) (Entered: 11/21/2006) |
| 11/14/2006 | | MINUTE ORDER granting 3 Motion for Leave of Scott D. Stimpson and Jeffrey M. Gold to Appear Pro Hac Vice. Signed by Judge Gladys Kessler on 11/14/2006.(lcgk2) (Entered: 11/14/2006) |
| 11/13/2006 | 3 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- J. Kevin Fee. :Address- jkfee@morganlewis.com. Phone No. - 202.739.5353. Fax No. - 202.739.3001 *Filed* by CASIO INC. (Fee, J.) (Entered: 11/13/2006) |
| 10/19/2006 | | Summons (1) Issued as to PAPST LICENSING GMBH & CO. KG. (tg, ) (Entered: 10/19/2006) |
| 10/16/2006 | | SUMMONS Not Issued as to PAPST LICENSING GMBH & CO. KG (lc, ) (Entered: 10/17/2006) |
| 10/16/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CASIO INC (lc, ) (Entered: 10/17/2006) |
| 10/16/2006 | 1 | COMPLAINT against PAPST LICENSING GMBH & CO. KG ( Filing fee $ 350 receipt number 139298.)filed by CASIO INC. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 10/17/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/23/2007 15:42:15 | | |
| **PACER Login:** | ho0002 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01751-GK-DAR |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |

# EXHIBIT H





About Us | News & Events | Contact

Enter Search Word(s)

| Learn | ☒ | Products | ☒ | Support | ☒ | Service & Repair | | Olympus |

# Store Finder

Visit a local Olympus dealer for pricing, product demonstrations or to purchase Olympus products. Simply enter your zip co
help you find dealers near you.

| Step One | Step Two |
|----------|----------|

**Please select a category:**
Digital Cameras

Enter your zip code to find a retailer: 20001     within  5 Miles

**OLYMPUS**                                               Pow

**Model: FE-170 Digital Camera**

### Stylus Digital Series
- Stylus 1000     ○
- Stylus 710      ○
- Stylus 720SW    ○
- Stylus 730      ○
- Stylus 740      ○
- Stylus 750      ○
- Stylus 760      ○
- Stylus 770 SW   ○
- Stylus 780      ○

### FE Series
- FE-170   ◉
- FE-180   ○
- FE-190   ○
- FE-200   ○
- FE-210   ○
- FE-230   ○
- FE-240   ○
- FE-250   ○

### SP Series
- SP-500UZ   ○
- SP-510UZ   ○
- SP-550UZ   ○

### Digital SLR - E-System

| In Stock | Store | Distance | Address |
|----------|-------|----------|---------|
| Check First | ⓡ RadioShack | 1 Miles | Washington, DC [See Details] |
| Check First | STAPLES | 1.1 Miles | Washington, DC [See Details] |
| Check First | ⓡ RadioShack | 1.1 Miles | Washington, DC [See Details] |
| Check First | ⓡ RadioShack | 1.2 Miles | Washington, DC [See Details] |
| Check First | ⓡ RadioShack | 1.2 Miles | Washington, DC [See Details] |

- EVOLT E-330 ○
- EVOLT E-410 ○
- EVOLT E-500 ○
- EVOLT E-510 ○

Which Camera is Right for Me? | Free Photo Lessons | Archived Products | Rebates & Promotions

© 2007 Olympus Imaging America Inc.          Privacy Statement          Terms of Use





About Us | News & Events | Contact

Enter Search Word(s)

| Learn ▶ | Products ▶ | Support ▶ | Sponsorships ▶ | Olympus |

## Store Finder

Visit a local Olympus dealer for pricing, product demonstrations or to purchase Olympus products. Simply enter your zip co
help you find dealers near you.

**Step One**

**Please select a category:**
Digital Cameras

### Stylus Digital Series
- Stylus 1000    ◉
- Stylus 710     ○
- Stylus 720SW   ○
- Stylus 730     ○
- Stylus 740     ○
- Stylus 750     ○
- Stylus 760     ○
- Stylus 770 SW  ○
- Stylus 780     ○

### FE Series
- FE-170    ○
- FE-180    ○
- FE-190    ○
- FE-200    ○
- FE-210    ○
- FE-230    ○
- FE-240    ○
- FE-250    ○

### SP Series
- SP-500UZ   ○
- SP-510UZ   ○
- SP-550UZ   ○

### Digital SLR - E-System

**Step Two**

Enter your zip code to find a retailer:  20001    within  5 Miles

**OLYMPUS**                                        Pow

**Model: Stylus 1000 Digital Camera**

| In Stock | Store | Distance | Address |
|---|---|---|---|
| Check First | Penn Camera | 1.5 Miles | Washington, DC [See Details] |
| Check First | Penn Camera | 1.8 Miles | Washington, DC [See Details] |
| Check First | BEST BUY | 4.1 Miles | Arlington, VA [See Details] |
| Check First | CITY | 4.6 Miles | Arlington, VA [See Details] |

- EVOLT E-330      ○
- EVOLT E-410      ○
- EVOLT E-500      ○
- EVOLT E-510      ○


Which Camera is Right for Me? |  Free Photo Lessons |  Archived Products |  Rebates & Promotions

© 2007 Olympus Imaging America Inc.          Privacy Statement          Terms of Use

