IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLYMPUS CORPORATION, OLYMPUS ) <br> IMAGING AMERICA, INC. ) <br> ) <br> Defendant, ) <br> ) <br> ) | Civil Action No. 07-415 |

**DECLARATION OF JAMES DICARLO IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE DISTRICT OF COLUMBIA**

I, James DiCarlo, declare and state as follows:

1. I am over the age of eighteen. I submit this Declaration in support of Defendants' Motion to Transfer This Action To the United States District Court For The District Of Columbia. The following is of my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I am the Executive Director, Field Sales, for Olympus Imaging America Inc., an indirect subsidiary of Olympus Corporation, both of which are defendants in this action. In that position, I have responsibility for overseeing and managing U.S. sales operations of Olympus consumer products, including digital cameras.

3. Olympus Corporation and Olympus Imaging America Inc. sell digital cameras and other products to authorized retailers and distributors throughout the United States. Several of those retailers sell Olympus digital cameras in the District of Columbia, including Penn Camera, Staples, and Radio Shack. These sales have been made since before June 28, 2007, the date this suit was filed.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August, 2007, in Pennsylvania, United States.

_____
James DiCarlo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on August 30, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 30, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com | Jerold B. Schnayer<br>John L. Ambrogi<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, Illinois 60606<br>jbschnayer@welshkatz.com<br>jambrogi@welshkatz.com |

/s/ *Richard L. Horwitz*
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

810412 / 32031