IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-415-*** |
| ) | |
| OLYMPUS CORPORATION; OLYMPUS ) | |
| IMAGING AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF DAVID H. BEN-MEIR
IN OPPOSITION TO PLAINTIFF'S MOTION TO STAY**

OF COUNSEL:

Richard de Bodo
David H. Ben-Meir
HOGAN & HARTSON LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600

Dated: September 7, 2007

Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants
Olympus Corporation and
Olympus Imaging America, Inc.*

I, David H. Ben-Meir, declare and state as follows:

1.  I am an attorney at law duly licensed to practice in the State of California. I am a partner at Hogan & Hartson, LLP, attorneys of record for defendants Olympus Corporation and Olympus Imaging America, Inc. (collectively, "Olympus") in this action. I submit this Declaration in opposition to plaintiff Papst Licensing GmbH & Co. KG's ("Papst") Motion to Stay the Proceedings Pending the MDL Panel's Ruling on Consolidation. The following is of my personal knowledge and if called as a witness, I could and would competently testify thereto.

2.  On August 15, 2007 during a meet and confer teleconference with John Ambrogi, counsel for Papst, I stated that Olympus did not oppose a stay of this matter pending MDL proceedings so long as such a stay is entered after this Court rules on Olympus's motion to transfer this action to the District of Columbia.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of September, 2007, in Los Angeles, California.

David H. Ben-Meir

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on September 7, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 7, 2007, I have Electronically Mailed the document to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Jerold B. Schnayer
John L. Ambrogi
Welsh & Katz, Ltd.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
jbschnayer@welshkatz.com
jambrogi@welshkatz.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

810412 / 32031