

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

September 14, 2007

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Mary Pat Thynge
U.S. District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re: *Papst Licensing GMBH & Co. KG v. Olympus Corporation et al.*
> C.A. No. 07-415 (***)

Dear Magistrate Thynge:

    We represent Olympus Corporation and Olympus Imaging America, Inc. (collectively, "Olympus"), the defendants in the above patent case.  We write regarding three pending interdependent motions — Olympus's motion to transfer this case to the District of Columbia, Plaintiff Papst Licensing's ("Papst's") motion to have this case transferred to the Judicial Panel on Multidistrict Litigation ("MDL Panel"), and Papst's motion for a stay of this case pending a decision by the MDL Panel regarding consolidation.  Although we do not think oral argument is necessary, we would be happy to appear before the Court if Your Honor believes it would be helpful.  As stated in our papers, we are particularly concerned that our fully-briefed transfer motion be addressed now, because if the MDL panel orders consolidation before Your Honor decides the transfer motion, it will divest this Court of jurisdiction over this case until the MDL proceedings are completed, and as a result, Olympus will not know until the eve of trial where its case ultimately will be tried, and whether it will be tried against Olympus alone or against Olympus and various co-defendants.  Leaving these questions undecided until the end of the case will limit Olympus' ability to coordinate on trial planning with the other parties who will be at its trial or to plan for trial with the knowledge of which local rules and trial procedures will apply.

    Papst's MDL motion is set for hearing on September 27, 2007.  Olympus's motion to transfer was fully briefed as of August 30, 2007.  Papst's stay motion will be fully briefed by September 19, 2007.

The Honorable Mary Pat Thynge
September 14, 2007
Page 2

      We are available at Your Honor's earliest convenience to discuss the resolution of the pending motions.

                                          Respectfully submitted,

                                          */s/ Richard L. Horwitz*

                                          Richard L. Horwitz

818905 / 32031

cc:     Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)